AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **25-7474**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **JAMES LIDESTRI**
was recieved by me on  **9/27/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☒  Other *(specify)*  **Posted and Mailed Friday October 17, 2025**

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  10/28/2025

*Server's signature*

**Bryan Viltz**
*Printed name and title*

**25 Lakeview Ave.
Poughkeepsie, NY 12601**

*Server's address*

Additional information regarding attempted service, etc:

**Black door. White siding. Concrete landing to the door.**




Tracking #: **0192257125**