IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDREY BURNS, <br><br> Plaintiff, <br><br> v. <br><br> JAMES LIDESTRI, <br><br> Defendant. | Case No. 7:25-CV-07474-KMK <br><br> **NOTICE OF APPEARANCE** |

To: The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that I am admitted to practice in this Court, and I appear in this case as counsel for defendant James Lidestri.

Dated: November 3, 2025

    /s/ David D. Lin
David D. Lin (DL-3666)
Lewis & Lin LLC
LEWIS & LIN LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
David@iLawco.com
Tel: (718) 243-9323
Fax: (718) 243-9326

*Counsel for Defendant*