IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDREY BURNS,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES LIDESTRI,<br><br>        Defendant. | Case No. 7:25-CV-07474-KMK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

      WHEREAS, Plaintiff Audrey Burns commenced this action by way of a Complaint filed on September 9, 2025;

      WHEREAS, Defendant James Lidestri was served with the Summons and Complaint in this action on October 17, 2025, and currently has a November 7, 2025, deadline to file a response to the Complaint (ECF 7);

      WHEREAS, counsel for Defendant James Lidestri was recently retained and has requested a first, brief extension of time to respond to the Complaint in order to fully review the case and prepare a sufficient response;

      WHEREAS, Plaintiff has agreed to the first requested extension, and

      WHEREAS, Defendant has agreed to waive any defense for improper service of process under Fed. R. Civ. P. 12(b)(5),

      NOW, THEREFORE, by consent of the parties, through undersigned counsel, it is hereby stipulated and agreed that Defendant James Lidestri shall have until and including December 5,

2025, to respond to the Complaint in this action, and that any defense for improper service of process under Fed. R. Civ. P. 12(b)(5) is waived.

Dated: November 3, 2025

STIPULATED AND AGREED TO:

| Plaintiff Audrey Burns: | Defendant James Lidestri: |
|---|---|
| /s/ Daniel S. Szalkiewicz<br>Daniel S. Szalkiewicz<br>Cali P. Madia<br>VERIDIAN LEGAL P.C.<br>23 West 73rd Street, Suite 102<br>New York, NY 10023<br><br>*Counsel for Plaintiff* | /s/ David D. Lin<br>David D. Lin<br>Lewis & Lin LLC<br>LEWIS & LIN LLC<br>77 Sands Street, 6th Floor<br>Brooklyn, NY 11201<br>David@iLawco.com<br>Tel: (718) 243-9323<br>Fax: (718) 243-9326<br><br>*Counsel for Defendant* |

SO ORDERED THIS ___ day of _____, 2025.

_____
KENNETH M. KARAS
United States District Judge