# VERIDIAN
# LEGAL

23 West 73rd Street     T: (212) 706-1007
Suite 102     F: (646) 849-0033
New York, NY 10023     www.veridianlegal.com

December 11, 2025

**<u>Via ECF and Email</u>**
Lewis & Lin LLC
77 Sands Street, 6th Floor
Brooklyn, New York 11201

    *Re:*     ***Audrey Burns v. James Lidestri***
           ***United States District Court, Southern District of New York***
           ***Civ No. 25-cv-07474-KMK***

Counsel,

      In response to your December 5, 2025 pre-motion letter, our client has elected to amend her complaint. A copy of the First Amended Complaint has been filed this afternoon (DE 12).

      Pursuant to Federal Rule of Civil Procedure 15(a)(3), your response to the amended complaint is now due December 26, 2025.

      Please let us know if you require anything further.

                      Respectfully submitted,

                      VERIDIAN LEGAL P.C.

                      /s/*Daniel Szalkiewicz*

                      By: Daniel S. Szalkiewicz, Esq.
                      **daniel@veridianlegal.com**

cc: Hon. Kenneth M. Karas, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601-4150