UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDREY BURNS,<br><br>                      Plaintiff,<br><br>-against-<br><br>JAMES LIDESTRI,<br><br>                      Defendant. | Case No.: 25-cv-07474 |

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Certification of Daniel S. Szalkiewicz dated February 3, 2026, the Declaration of Audrey Burns, dated February 3, 2026, and the exhibits annexed thereto, plaintiff Audrey Burns ("Plaintiff" or "Audrey"), by her undersigned attorneys, will move this Court at the United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, before the Honorable Kenneth M. Karas, United States District Judge, for an order pursuant to Fed. R. Civ. P. 12(b)(2) and (6), dismissing the defendant's Counterclaim (D.E. 14) filed by defendant James Lidestri ("Lidestri" or "Defendant") in its entirety and further relief the Court may deem just and proper.

Dated: New York, New York
       February 3, 2026

                                      Respectfully Submitted,

                                      By:   */s/ Daniel S. Szalkiewicz*
                                      Daniel S. Szalkiewicz, Esq.
                                      Cali P. Madia, Esq.
                                      Veridian Legal P.C.
                                      *Attorneys for Plaintiff Audrey Burns*
                                      23 West 73rd Street, Suite 102
                                      New York, NY 10023
                                      Tel: (212) 706-1007
                                      Fax: (646) 849-0033
                                      daniel@veridianlegal.com