![Issuewire www.Issuewire.com]

# Jim Lidestri: Driving Growth and Innovation as a Trusted Business Consultant for Startups and Established Firms

Jim Lidestri: Driving Growth and Innovation as a Trusted Business Consultant for Startups and Established Firms



**New York City, New York Feb 4, 2025 (**Issuewire.com**)** - Jim Lidestri has spent over three decades at the forefront of technology innovation, consistently driving growth and transformation across multiple industries. Known for his strategic vision, leadership, and expertise in business development, Jim has become a sought-after business consultant, helping both startups and established companies shape

**IssueWire**
**Issuewire**
www.Issuewire.com

their future with innovative solutions. His career, marked by a series of remarkable achievements, has been characterized by an unwavering commitment to progress and a passion for developing market-leading solutions.

## A Visionary Leader with a Proven Track Record

Lidestri's journey into the consulting world follows an extensive career in corporate leadership and entrepreneurship. His track record includes pivotal roles in major technology companies, including IBM and Sprint, where he developed strategies for collaborative services and directed operations for a $1.1 billion unit, respectively. His leadership at these organizations laid the foundation for what would become a groundbreaking career in the Software-as-a-Service (SaaS) industry.

As one of the founders of the SaaS industry, Lidestri's impact was substantial. In his role as CEO of Interliant, he transformed the company from a small operation with just 20 employees into a global SaaS leader, growing it over $100 million in revenue and 1,000 employees and overseeing two major financing initiatives, including a $70 million IPO. This experience honed his ability to scale businesses, a talent he later brought to his entrepreneurial ventures.

## Building Game-Changing Companies

Jim Lidestri's entrepreneurial spirit has been a defining aspect of his career. After Interliant, he founded several successful ventures, including Legends, Inc., a SaaS service for authenticating sports memorabilia, and AdSoftDirect, a company that modernized B2B direct marketing services. However, it was his next venture, BuzzAngle Music, that would cement his reputation as an innovator.

As founder and CEO of BuzzAngle Music, Lidestri created a globally recognized music analytics SaaS platform, which garnered partnerships with major players in the music industry, including Universal Music Group, Sony Music, Apple, Spotify, and Amazon. The success of BuzzAngle Music was a direct result of Lidestri's visionary approach to the music analytics space, delivering data-driven insights that reshaped how the music industry approaches streaming, sales, and consumer behavior. This success culminated in the acquisition of BuzzAngle Music by Penske Media Corporation in 2019.

## Shaping the Future as a Consultant

Now, as a business consultant, Jim Lidestri leverages his vast experience and deep understanding of technology, marketing, and sales to help companies navigate the complexities of growth. His expertise has been instrumental in advising various startups and established firms, guiding them through strategic challenges and identifying opportunities for innovation. Lidestri's ability to pinpoint emerging market trends and build scalable solutions has made him an invaluable resource for businesses seeking to thrive in an increasingly competitive environment.

One of Lidestri's most recent consulting engagements involved advising a major music publisher on optimizing royalty distribution using advanced analytics. By applying his extensive knowledge of both the technology and music industries, he was able to help the publisher streamline their royalty management processes and increase revenue potential. This is just one example of the kind of impact Lidestri has had in his consulting career, as he continues to help companies from various sectors reach their full potential.

## Current Projects and Looking Ahead

**IssueWire**
www.Issuewire.com

In addition to his consulting work, Lidestri is currently developing a new project that aims to push the boundaries of innovation in the digital space. He is in the process of building MoxieJam, www.moxiejam.com, a next-generation app designed to revolutionize how users interact with content and connect with creators. Although still in development, the project has already raised significant funding and is poised to make a big splash upon launch. Lidestri's vision for MoxieJam is just another example of his forward-thinking approach and his ability to spot opportunities in emerging markets.

"Consulting allows me to work with some of the brightest minds in the business world," says Lidestri. "I get to help companies realize their potential and create solutions that make a real difference. It's an incredibly rewarding part of my career, and I'm excited to continue working with companies that are ready to innovate and grow."

## A Legacy of Innovation

Jim Lidestri's career has been marked by a consistent ability to identify market opportunities and drive growth through innovation. From his leadership roles at major tech companies to his entrepreneurial ventures and current consulting work, he has continually demonstrated an exceptional ability to adapt to changing industries and create lasting impact. His legacy of innovation and strategic thinking continues to shape the landscape of technology and business today.

As Jim Lidestri continues to develop new ventures and work with companies to improve their operations, he remains focused on the future. His ability to stay ahead of the curve and challenge traditional models of business ensures that his work will continue to have a lasting impact on the industries he touches. With his wealth of experience, entrepreneurial spirit, and commitment to excellence, Lidestri's influence in the business world is set to grow even further in the years to come.

To learn more visit: www.moxiejam.com

**Media Contact**

Market News

*********@mail.com

Source : Jim Lidestri

See on IssueWire