[Back to the Newsroom]

   

ACCESS Newswire | Products | Solutions | Pricing | Professional Services | Resources | Newsroom

[Submit a Press Release]

[Contact Us]

# Jim Lidestri Announces MoxieJam: A Revolutionary Consumer App Transforming Entertainment Discovery

**Topic:** Company Update                    Monday, 27 January 2025 07:45 PM

**NEW YORK, NY / ACCESS Newswire / January 27, 2025 /** Jim Lidestri, a renowned technology executive and pioneer in the SaaS industry, has announced his latest venture, *MoxieJam*, a groundbreaking consumer app designed to revolutionize how users discover entertainment. With an innovative approach to personalized recommendations, MoxieJam is poised to transform the entertainment landscape by making discovery seamless, engaging, and tailored to individual preferences.

MoxieJam addresses a universal challenge: finding new and exciting entertainment in an increasingly saturated market. By leveraging advanced algorithms and user-driven customization, the platform curates personalized recommendations for music, movies, television shows, and more. The app will empower users to uncover content they love, connect with others who share their tastes, and engage with entertainment in an entirely new way.

"Entertainment discovery should be as enjoyable as the content itself," said Jim Lidestri, Founder of MoxieJam. "With MoxieJam, we're creating a platform that doesn't just show you what's trending but helps you uncover hidden gems that align with your unique preferences. It will be a game-changer for users and a powerful tool for creators and entertainment brands looking to connect with engaged audiences."

**A Proven Track Record of Innovation**
Lidestri's extensive background as a technology executive and entrepreneur sets the stage for MoxieJam's success. With decades of experience leading transformative ventures, including BuzzAngle Music - a SaaS music analytics platform that partnered with industry giants like Universal Music Group, Sony, Amazon, Spotify and Apple - Lidestri has consistently demonstrated a knack for identifying market needs and delivering innovative solutions.

MoxieJam builds on Lidestri's legacy of leveraging technology to create meaningful user experiences. The platform's advanced analytics and intuitive interface promise to set a new standard in entertainment

discovery, bridging the gap between creators and audiences in an unprecedented way.

**Seeking Strategic Investors**
To accelerate growth and realize MoxieJam's vision, Lidestri is actively seeking investors who share his passion for innovation and the entertainment industry. Investment in MoxieJam represents an opportunity to be part of a transformative platform poised to disrupt the entertainment sector. An initial Angel round of $250K was previously raised and the company is now seeking a larger Seed round. Funds will be used to accelerate the app development and build strategic partnerships with creators and entertainment brands.

"MoxieJam is more than an app - it's a movement that redefines how we connect with entertainment," Lidestri stated. "We're looking for visionary investors who want to join us in shaping the future of discovery and creating meaningful experiences for users around the globe."

**An Invitation to Collaborate**
Lidestri invites potential investors, industry professionals, and media outlets to learn more about MoxieJam and its mission to revolutionize entertainment discovery. For more information or to schedule a presentation, interested parties can send an email to investors@moxiejam.com.

**About Jim Lidestri**
Jim Lidestri is a technology executive and entrepreneur with a career spanning decades. Recognized as one of the founders of the SaaS industry by *Computer Reseller News*, Lidestri has led multiple successful ventures, including the creation of BuzzAngle Music, which was acquired by Penske Media Corporation. He has a proven track record of scaling businesses, driving innovation, and delivering exceptional results in the technology and entertainment industries.

**About MoxieJam**
MoxieJam, www.moxiejam.com, is an innovative consumer app designed to transform entertainment discovery. By combining cutting-edge technology with a focus on user experience, MoxieJam will empower users to uncover personalized content and connect with others who share their interests. MoxieJam represents the future of entertainment engagement, bridging the gap between audiences and creators in a dynamic, intuitive platform.

Contact: Jim Lidestri:
jim@moxiejam.com

**SOURCE:** Jim Lidestri



Jim Lidestri Announces MoxieJam: A Revolutionary Consumer App Transforming Entertainment Discovery    4/25/25, 11:30 AM

# ACCESS newswire

## Solutions
- Public Companies
- Private Companies
- Agencies
- Legal
- Resellers & Market Research

## Public Relations Products
- Access PR Platform
- Press Release Distribution
- Media Database
- Media Pitching
- Media Monitoring
- Media and Industry Targeting

## Investor Relations Products
- Access IR Platform
- IR Website
- ADA Compliance
- Earnings Calls
- Earnings Press Releases
- Investor Days

## All Access
- All Access
- Conference & Event Software

## Professional Services
- Service Plans
- Platform Add-ons

## Blogs
- Press Release Topics
- Media Outreach & Engagement Optimization
- Competitor Comparisons
- IR Websites Best Practices
- Earnings Call, Checklists & Preparation
- Earnings Press Release Tips
- Investor Day Recommendations

## Resources
- Press Release Templates
- Press Release Examples

## FAQs
- Product
- Platform
- Company

## About Us
- Who We Are
- Meet the Team
- Investor Relations
- Careers

## Contact Us
- +1 888-808-2227
- Sales
- Customer Support
- Editorial
- Billing Contact
- Distribution Partner Inquiry

## Subscribe to Our Newsletter

[First Name]  [Email Address]

☑ I agree to receive email updates and promotions.

**Submit**

©2025 ACCESS Newswire Inc. All rights reserved.    Privacy Policy   |   Terms of Service