UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

Audrey Burns,                                              25-cv-07474 (KMK)(JCM)

                Plaintiff,

v.                                                         **ORDER OF REFERENCE**
                                                           **TO A**
James Lidestri,                                            **MAGISTRATE JUDGE**

                Defendant.
----------------------------------X

The above entitled action is referred to the Honorable Judith C. McCarthy, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING (re contempt) |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | SOCIAL SECURITY |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SETTLEMENT |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * Motion for Attorneys Fees | ____ | CONSENT UNDER 28 U.S.C. 636 FOR ALL PURPOSES (including trial) |
| ____ | JURY SELECTION | ____ | CONSENT UNDER 28 U.S.C. 636 FOR LIMITED PURPOSE OF _____ |
| ____ | HABEAS CORPUS | | |

SO ORDERED:  /s/ Kenneth M. Karas

Dated: February 13, 2026
       White Plains, NY

Hon. Kenneth M. Karas
United States District Judge

* Do not check if already referred for General Pre-Trial.

P:\FORMS\Order of Reference.wpd Rev. 9/10