**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AUDREY BURNS,

                          Plaintiff,          **SCHEDULING ORDER**

       -against-                             25 Civ. 7474 (KMK)(JCM)

JAMES LIDESTRI,

                          Defendant.
-----------------------------------------------------------------X

        The Court has scheduled a Status Conference for April 1, 2026 at 11:30 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated: February 13, 2026
       White Plains, New York

                                                    **SO ORDERED:**

                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge