AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | | |
|---|---|---|
| AUDREY BURNS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:25-cv-07474 |
| JAMES LIDESTRI | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AUDREY BURNS                                                                                          .

Date:         5/8/26

*Attorney's signature*

Cali Madia - 5155759
*Printed name and bar number*

Veridian Legal P.C.
23 W. 73rd Street, Suite 102
New York, NY 10023
*Address*

cali@veridianlegal.com
*E-mail address*

(o) 212-706-1007 (d) 646-926-1801
*Telephone number*

646-849-0033
*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|