# Exhibit 1



# Choose a way to log in



**Audrey Nicole Briana Burns**
Facebook

**Get code via email**
b*****y@yahoo.com                    ⦿

**Continue with password**
Use your password to continue            ○

No longer have access to these?

**Continue**

**Not you?**

English (US)    **Español**    **Français (France)**    **中文(简体)**    **العربية**

**Português (Brasil)**    **Italiano**    **More languages…**

---

Sign Up   Log In   Messenger   Facebook Lite   Video   Meta Pay   Meta Store

Meta Quest   Ray-Ban Meta   Meta AI   Instagram   Threads   Privacy Policy

Consumer Health Privacy   Privacy Center   About   Create ad   Create Page

Developers   Careers   Cookies   Ad choices   Terms   Help

Contact Uploading & Non-Users