# Exhibit 2







## Uh-oh...

This account has been deactivated due to inactivity, but we would love to welcome you back! Click Sign up below to create your new account.

**Sign up**