# Exhibit 3



## Create a Yahoo account

Access all that Yahoo has to offer with a single account. All fields are required.

**First name**

**Last name**

**New Yahoo email**

burnsaudrey                    @yahoo.com

This email address is not available for sign up, try something else

‹ burnsaudrey14@yahoo.com    b ›

See options for @myyahoo.com

**Password**

👁

**Date of birth**

Month (MM)     Day (DD)     Year (YYYY)

By creating an account, you agree to our

Terms and Privacy Policy.