# Exhibit 4

 Gmail                                                  **Daniel Szalkiewicz <daniel@lawdss.com>**

## Regarding Your Legal Process (Internal Ref. No. 139884027)
1 message

**google-legal-support@google.com** <google-legal-support@google.com>          Fri, Jun 12, 2026 at 5:48 PM
To: daniel@veridianlegal.com

Dear Daniel S. Szalkiewicz:

Google's Legal department is in receipt of your letter dated June 10, 2026. Google only takes steps to preserve data upon being properly served with valid legal process. You may wish to request preservation after serving Google with valid legal process.

To learn more about serving Google with a civil subpoena or other legal process that requests user data, please see our help center article at https://support.google.com/faqs/answer/6151275?hl=en.

Thank you for your compliance with this policy.

Regards,

Google Legal Support

📄 **First Amended Complaint .pdf**
250K