# Exhibit 5

 Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

## Regarding Your Legal Process (Internal Ref. No. 140334430)

1 message

**google-legal-support@google.com** <google-legal-support@google.com>          Wed, Jun 17, 2026 at 12:50 PM
To: daniel@veridianlegal.com

Dear Daniel S. Szalkiewicz:

Google's Legal department is in receipt of your letter dated June 10, 2026. Google only takes steps to preserve data upon being properly served with valid legal process. You may wish to request preservation after serving Google with valid legal process.

To learn more about serving Google with a civil subpoena or other legal process that requests user data, please see our help center article at https://support.google.com/faqs/answer/6151275?hl=en.

Thank you for your compliance with this policy.

Regards,

Google Legal Support

---

 **48326889_LP-113102.pdf**
91K

# VERIDIAN
## LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

June 10, 2026

<u>Via Email and FedEx</u>
Google LLC
c/o Custodian of Records
1001 N. Shoreline Blvd.
Mountain View, California 94043
google-legal-support@google.com

Google LLC
c/o Corporation Service Company
80 State Street
Albany, New York 12207

Re: *Burns v. Lidestri*, No. 25-cv-07474-KMK
Urgent Request for Assistance Restoring Access to Gmail Account Necessary for
Compliance with Federal Discovery Obligations

Dear Google Legal Investigations Support:
I represent Audrey Burns, the plaintiff in Burns v. Lidestri, Case No. 25-cv-7474, pending in the United States District Court for the Southern District of New York.

Ms. Burns is the owner and authorized user of the Gmail account missaudrey96@gmail.com. She has been unable to access the account because she no longer has access to either the recovery email address or recovery telephone number associated with the account. Despite multiple attempts, standard account recovery procedures have been unsuccessful.

The account is believed to contain information directly relevant to claims currently pending in federal court, including historical communications, photographs, records, account notifications, and other electronically stored information relating to events spanning more than a decade. The litigation involves allegations concerning communications conducted through electronic means, transmission of photographs and other digital content, travel arrangements, financial transactions, and communications with individuals who are expected to be witnesses in the action.

Because many of the events at issue occurred years ago, Ms. Burns has reason to believe that the Gmail account may contain unique evidence that no longer exists elsewhere. Access to the account is therefore necessary to allow her to identify, preserve, review, and produce relevant electronically stored information and to prosecute and defend claims in the pending action.

Importantly, Ms. Burns is not seeking disclosure of account contents to a third party. She seeks only restoration of access to her own account, or an alternative mechanism by which she may obtain her own account data after satisfactorily verifying her identity and ownership.

Veridian Legal P.C.



As of June 10, 2026
Page 2

Ms. Burns is prepared to provide any information reasonably necessary to establish ownership of the account, including:

- Government-issued identification;
- Sworn declarations;
- Historical account information;
- Device and login history;
- Information concerning account creation and use; and
- Any other documentation Google reasonably requires.

Accordingly, we respectfully request that Google:

1. Preserve all contents associated with missaudrey96@gmail.com pending resolution of this request;
2. Advise whether a legal escalation process exists for account owners who permanently lack access to recovery credentials;
3. Identify any procedure through which Ms. Burns may verify ownership and regain access to the account; and
4. Advise whether Google requires a court order, or other legal process before providing assistance.

Should voluntary resolution not be possible, Ms. Burns intends to seek appropriate relief from the United States District Court for the Southern District of New York to facilitate access to evidence necessary for litigation preservation and discovery purposes. We nevertheless hope to resolve this matter cooperatively and without court intervention.

Please direct any response or requests for additional information to my attention.

Thank you for your consideration.

Very Truly Yours,

VERIDIAN LEGAL P.C.

By: Daniel S. Szalkiewicz, Esq.
*daniel@veridianlegal.com*

Veridian Legal P.C.

**Extremely Urgent**

## Extremely

Apply shipping docu

VERIDIAN LEGAL
2127061007
DANIEL SZALKIEWICZ & ASSOCIATE
23 W 73RD ST STE 102
NEW YORK NY 10023

1 LBS          1 OF 1  de to
                        pickup.

SHIP TO:
GOOGLE LLC
C/O CORPORATION SERVICE COMPANY
80 STATE ST
ALBANY NY 12207-2541



**NY 122 9-01**

**UPS GROUND**
TRACKING #: 1Z A42 0K1 03 3288 5913



BILLING: 3RD PARTY

This package is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®

Domestic Shipments
To qualify for the letter rate, the UPS Express® envelopes may only contain
correspondence, urgent documents, and/or electronic media, and must weigh
8 oz. or less. Express envelopes containing items other than those listed
8 oz. will be billed by weight.

ope may be used only for documents of no commercial
s consider electronic media as documents. Visit
rt to verify if your shipment is classified as a document.
per rate, the UPS Express envelope must weigh 8 oz. or
relopes weighing more than 8 oz. will be billed by weight.

lopes are not recommended for shipments of electronic
itive personal information or breakable items. Do not
valent.

Serving you for more
than 115 years
United Parcel Service®

  

80% Post-Consumer Content

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

For information about UPS's privacy practices or to opt out from the sale of
personal information, please see the UPS Privacy Notice at www.ups.com
010195101425 09/25 PAC United Parcel Service