# Exhibit 6

CONSENT TO DISCLOSURE OF ACCOUNT CONTENTS

PURSUANT TO 18 U.S.C. § 2702(b)(3)

I, Audrey Burns, hereby provide my lawful consent, pursuant to 18 U.S.C. § 2702(b)(3), to the disclosure of the contents of the following accounts to my attorneys of record, Veridian Legal P.C.:

**Facebook Account:**

Account Holder Name: Audrey Burns

Profile URL: https://www.facebook.com/audrey.burns.904

**Gmail Account:**

Account Holder Name: Audrey Burns

Email Address: missaudrey96@gmail.com

I am the subscriber and account holder of both accounts identified above. I authorize Meta Platforms, Inc. and Google LLC to disclose the contents of these accounts, including messages, emails, posts, photographs, videos, attachments, contacts, account activity logs, and associated account records — to my attorneys, Veridian Legal P.C., 23 West 73rd Street, Suite 102, New York, NY 10023, for the purpose of reviewing and producing responsive discovery in the civil action captioned *Burns v. Lidestri*, No. 7:25-cv-07474-KMK-JCM, pending in the United States District Court for the Southern District of New York.

This consent is given voluntarily. This consent shall remain in effect until revoked in writing by me or by order of the Court.

Dated: June 17, 2026

_____/s/Audrey Burns_____
Audrey Burns

1