The Wayback Machine - https://web.archive.org/web/20220518123159/https://teenstarletgallery.com/



Over 1500 sets available for INDIVIDUAL purchase!

Welcome! TeenStarlet Gallery is where you can purchase retired sets from our old websites: TeenStarlet, TeenStarletEuro, Sofi Novak, Kris Karson, Alex Arabella, Amanda Verona, Sheri Belle and more. We will be adding sets weekly. These sets are NOT remastered or altered from the way they were originally released.

We are charging a small monthly fee of $4.99/mo to access the sets. Once inside you will be able to **purchase sets individually.**

We're looking forward to seeing you inside!

New Releases - Over 1500 sets available for INDIVIDUAL purchase!


2022.05.12
STARLET EURO
Renata - In Your Life
Silvie - Ask Again
Monika - Once Again
Lenka - Back Home
Cilka - Nice & Round
-------------------------------------------
Petra Petacova - Adding Some Color
Lucie Laska - Around Back
Sofi Novak - A Little Smitten
Alex Arabella - Sofa Queen
Amanda Verona - All Dressed Up
Sheri Belle - Connect The Dots

2022.05.04
STARLET EURO Gizela - Close Enough
Simona - Easy Living
Simona/Pavlina - Sorry, not sorry
Hana - All That Time
Deniska - Lap It Up

STARLET
Sofia - Sparkle Shorts
-------------------------------------------
Petra Petacova - Red Over Black
Sofi Novak - Love Me
Lucie Laska - Feeling Free
Alex Arabella - Your Genie
Amanda Verona - Swat Me
Sheri Belle - Comfy Cozy

2022.04.27
STARLET EURO
Renata - Treat You Well
Silvie - Carry On
Monika - Break Time
Lenka - By The Window
Cilka - On My Signal
-------------------------------------------
Petra Petacova - Look Into My Eyes
Sofi Novak - Like This
Lucie Laska - On The Platform
Alex Arabella - Bound To Love
Amanda Verona - Lady Evil
Sheri Belle - Feeling Frisky

2022.04.20
STARLET EURO
Gizela - And Then
Simona - Upper Hand
Pavlina - Winning Ticket
Hana - Cure For You
Deniska - Over Here
Nikole - Mending Bridges
STARLET
Sofia - Ribbons And Lace
-------------------------------------------
Petra Petacova - Imagine This
Sofi Novak - Follw My Lead
Lucie Laska - Beaten Path
Alex Arabella - The Arrival
Amanda Verona - Up All Night
Sheri Belle - Sexy Demi

> Click to Join Now < ~ member's entrance ~

{ Support Terms Of Service Privacy 2257 Notice Copyrights }

The Wayback Machine - https://web.archive.org/web/20211206045800/https://teenstarletgallery.com/



Over 1000 sets available for INDIVIDUAL purchase!

Welcome! TeenStarlet Gallery is where you can purchase retired sets from our old websites: TeenStarlet, Kris Karson, Alex Arabella, Amanda Verona, Sheri Belle and more. We will be adding sets weekly. These sets are NOT remastered or altered from the way they were originally released.

We are charging a small monthly fee of $4.99/mo to access the sets. Once inside you will be able to **purchase sets individually.**

We're looking forward to seeing you inside!

New Releases - Over 1000 sets available for INDIVIDUAL purchase!

2021.12.01
STARLET EURO
Layla - New Way
Jayde - In Play
Nikole - No Way Out
Sofi - Stay With Me
Natalie - Stately Presence
STARLET
Cynthia - Got Lucky
April - Meshing Around
Fallon - Look Out
------------------------------------------
Lucie Laska - Black Night
Maya Layne - No Sleep Till
Kris Karson - Black & Gold
Alex Arabella - Easy Street
Amanda Verona - My Contest
Sheri Belle - One Piece Delight
Kelsey Monroe - All Smiles

2021.11.24
STARLET EURO

Lenka - Can't Miss
Brigita - Lucky You
Gabriella - Be The Light
Cilka - Brace Yourself
Bella - Sit Back
STARLET
Charlotte - Charlotte's Spots
Petra - Orange Crush
Sofia - Fun In Denim
Gracie - Budding Beauty
--------------------------------------------
Lucie Laska - By Her Throne
Maya Layne - One Way Or The Other
Kris Karson - Hot For Kris
Alex Arabella - Long Night Ahead
Amanda Verona - AMV093 Sheri Belle - I'm Sheer You'll Like
Kelsey Monroe - Tasty Treat

2021.11.17
STARLET EURO
Layla - Minty Fresh
Jayde - Change Gears
Nikole - Golden Girl
Darina - Cozy Bed
Sofi - Peach Fuzz
Natalie - Lovely Bouquet
STARLET
Danielle - Comfy Shirt
--------------------------------------------
Lucie Laska - Limited Edition
Maya Layne - For Realz
Kris Karson - Mighty Tempting
Alex Arabella - AAR072
Amanda Verona - Looking Down
Sheri Belle - Black Is Good
Kelsey Monroe - Red Lipstick

> Click to Join Now < ~ member's entrance ~

{ Support Terms Of Service Privacy 2257 Notice Copyrights }