**REQUEST FOR ADMISSION NO. 310:**

Admit that Exhibit HHHH-2 is a collection of images from the Set titled "Hello Pasties."

**REQUEST FOR ADMISSION NO. 311:**

Admit that Exhibit IIII-2 is a collection of images from the Set titled "Ripped in Pink."

**REQUEST FOR ADMISSION NO. 312:**

Admit that Exhibit JJJJ-2 is a collection of images from the Set titled "Rise and Shine."

## PART VI: CONTENT SETS - AUTHORSHIP AND LOCATION

The following Requests ask You to admit who photographed each Set and/or where it was photographed.

*Sets Photographed by Defendant at Defendant's Home in Hopewell Junction, New York:*

**REQUEST FOR ADMISSION NO. 313:**

Admit that Exhibit A-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 314:**

Admit that Exhibit B-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 315:**

Admit that Exhibit C-2 was photographed by You at Your home in Hopewell Junction, New York, specifically in the guest room next to Your son's room.

**REQUEST FOR ADMISSION NO. 316:**

Admit that Exhibit D-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 317:**

36



Admit that Exhibit T-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 333:**

Admit that Exhibit U-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 334:**

Admit that Exhibit V-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 335:**

Admit that Exhibit W-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 336:**

Admit that Exhibit X-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 337:**

Admit that Exhibit Y-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 338:**

Admit that Exhibit Z-2 was photographed by You at Your home in Hopewell Junction, New York.

**REQUEST FOR ADMISSION NO. 339:**

Admit that Exhibit AA-2 was photographed by You at Your home in Hopewell Junction, New York.

