

David Lin <david@ilawco.com>

## Burns v. Lidestri - plaintiff's discovery responses meet and confer

**David D. Lin** <david@ilawco.com>                                    Mon, May 18, 2026 at 5:43 PM
To: Daniel Szalkiewicz <daniel@veridianlegal.com>, "cali@veridianlegal.com" <cali@veridianlegal.com>
Cc: Mike Cilento <michael@ilawco.com>

Daniel,

This email memorializes our conversation today regarding Plaintiff's responses to Defendant's discovery requests.

1. Plaintiff will provide responsive documents by June 1.

2. Plaintiff will provide substantive responses to defendant's 2nd set of interrogatories by June 1.

3. Re Plaintiff's responses to defendant's first set of interrogatories:
*Rogs 6/8: plaintiff will provide responses by June 1.
*Rog 9: you refused to further specify the photographs / videos for which Plaintiff seeks statutory damages, actual damages, or other relief.
*Rog 13: you refused to to provide any further computation of plaintiff's damages, noting that you intend to rely on expert testimony.
*Rogs 11/15/16: you refused to provide information on post-Lidestri social media accounts, OnlyFans and subscription-platform accounts, and related revenue/account information on the basis of relevance.

4. Re Plaintiff's responses to requests for production:
*RFPs 12, 13, 44, 45, 46: you agreed to provide native and original files (with corresponding metadata) to the extent within plaintiff's possession, custody, or control.
*RFPs 62: you refused to provide OnlyFans / subscriber-platform data on the basis of relevance.
*RFP 8: you refused to provide OnlyFans-related communications with Taylor Compton on the basis of relevance.
*RFPs 36/42: you agreed to produce all responsive documents, not just those "relied upon" by the plaintiff.
*RFPs 58/51/52/54/66: you agreed to produce all responsive documents within plaintiff's possession, custody, or control.

5. Re Plaintiff's responses to requests for admissions
*RFAs 61-69: you confirmed that you will provide all DOJ / law enforcement communications regarding Scott Morrill, defendant, and/or the subject photos/videos by June 1. We will reevaluate plaintiff's responses upon review of said documents.
*RFAs 51/52: you confirmed that you will provide all NYT communications with plaintiff by June 1. We will reevaluate plaintiff's responses upon review of said documents.
*RFAs 72-78: you refused to respond to these requests on the basis of relevance.
*RFAs 83-86: you indicated that the exhibits were not originally attached. Please see the attached and supplement plaintiff's responses by June 1.

6. depositions / subpoenas
*You indicated that you would consult with Cali and your client regarding stipulating to remote depositions. We will confirm available dates after you let us know.
*You also agreed to ask your client whether she has additional contact information for her mother.
*You have not received responses from GoDaddy but agreed to forward upon receipt.

Let me know if you have any questions/comments about the foregoing.

Best regards,
David Lin



**David D. Lin**

Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
office (718) 243-9323 | fax (718) 243-9326 | direct (718) 243-9325
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

---

**2026-03-27 JL RFA to AB.pdf**
11693K