UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AUDREY BURNS,

        Plaintiff and Counter Defendant,

          -against-

JAMES LIDESTRI,

        Defendant and Counter Claimant.

----------------------------------------------------------X

**ORDER**

25 Civ. 7474 (KMK)(JCM)

On July 9, 2026, the Court heard oral argument and set forth its reasoning and rulings on the record regarding the parties' discovery disputes raised in their June 22, 2026 joint letter. (Docket No. 34). A summary of the Court's ruling follows:

(1) Plaintiff's request to compel the production of documents in response to Requests for Production Nos. 1-13, 20-31, and 52-54 is denied.

(2) Plaintiff's request to compel Defendant to admit that he took certain photographs of Plaintiff at his home is denied.

(3) By July 17, 2026, Defendant is directed to identify the "model agent who hired many of the models," as requested in Interrogatory 7.

(4) By July 17, 2026, Defendant is directed to produce all relevant tax returns and 1099 payment summaries, as well as identify the financial institutions that received funds from, and were used to pay, any vendors or third parties in connection with each of the Teen Starlet websites.

(5) By July 17, 2026, Defendant is directed to identify the operator and host for each of the Teen Starlet websites, including any person to whom he transferred the website or domain name.

(6)    Defendant's request for a blanket preclusion order is denied.

(7)    By July 17, 2026, Plaintiff is directed to provide Defendant with a list identifying each image that she seeks statutory damages for, as requested in Interrogatories 9 and 13.

(8)    Defendant's request to compel Plaintiff to respond to Interrogatories 11, 15, and 16 is denied.  However, Plaintiff should be prepared to answer questions during her deposition regarding her adult modeling and OnlyFans career to the degree they are relevant to her pending claim for damages, and, if she is unable to do so, Defendant may renew his request to compel her disclosures when, and if, appropriate.

(9)    Defendant may serve an amended version of Request for Production 62 or may inquire about these topics at Plaintiff's deposition.

Dated:  July 9, 2026
       White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge