UNTIED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK

AUDREY BURNS

            Plaintiff / Counterclaim-Defendant,

    vs.

JAMES LIDESTRI,

            Defendant / Counterclaimant.

Case No. 7:25-cv-07474-KMK-JCM

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Defendant / Counterclaimant James Lidestri hereby notifies the Court and the parties to this action that Michael D. Cilento, Esq., of the law firm Lewis & Lin LLC, 77 Sands Street, 6th Floor, Brooklyn, New York, 11201, an attorney admitted to practice in the State of New York and before this Court, appears as counsel for Defendant / Counterclaimant James Lidestri in this matter.

Dated: July 22, 2026
    Brooklyn, New York

                    **LEWIS & LIN LLC**

    By:   *Michael Cilento*
           Michael D. Cilento, Esq. (Bar No. MC2221)
           77 Sands Street, 6th Floor
           Brooklyn, New York, 11201
           Tel: (347) 404-5844
           Fax: (718) 243-9326
           Michael@iLawco.com
           *Attorneys for Defendant / Counterclaimant*
           *James Lidestri*