# LEWIS & LIN LLC

77 SANDS STREET, 6TH FLOOR
BROOKLYN, NY 11201
TEL: (718) 243-9323  FAX: (718) 243-9326
WWW.ILAWCO.COM

Michael D. Cilento, Esq. | Michael@iLawco.com | 347-404-5844

*VIA ELECTRONIC FILING SYSTEM*

July 28, 2026

Hon. Judith C. McCarthy
The Hon. Charles L. Brient Jr. Federal Building
300 Quarropas Street
White Plains, NY 10601-4150

> **Re:** ***Burns v. Lidestri***, **No.: 7:25-cv-07474-KMK-JCM**
> **Defendant's Status Letter Regarding July 28 Joint Submissions (Dkt. 40)**

Dear Judge McCarthy:

We represent Defendant/Counterclaimant James Lidestri and write concerning the two joint submissions due today under the Court's July 20, 2026 Order (Dkt. 40): a joint stipulation setting forth the proposed custody-and-inspection protocol and a joint letter identifying any issues that remain after conferral regarding Defendant's additional concerns (as outline in Dkt. 39).

Despite Defendant's July 22 outreach requesting a conference on all outstanding discovery issues – including the matters addressed in Dkt. 40 – Plaintiff has not responded. Nor has Plaintiff circulated any proposed stipulated protocol for Defendant to review or comment on. The parties therefore have been unable to prepare the two joint submissions required by the Order.

Defendant remains prepared to confer immediately. Defendant respectfully requests that the Court direct Plaintiff to respond promptly to Defendant's outstanding conferral request and participate in the process required by Dkt. 40. Defendant further requests a brief extension through July 30, 2026, for the parties to complete the ordered conferral and make the required submissions, with leave for Defendant to submit its own proposed protocol and statement of remaining issues if Plaintiff does not participate.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*Michael Cilento*
Michael D. Cilento, Esq.