Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

---

## Burns v. Lidesrtri
1 message

---

**Daniel Szalkiewicz** <daniel@veridianlegal.com>                              Thu, May 14, 2026 at 4:36 PM
To: "David D. Lin" <david@ilawco.com>, Mike Cilento <michael@ilawco.com>, Cali Madia <cali@veridianlegal.com>

Good afternoon,

Pursuant to the court's order, please find Plaintiff's HIPAA forms, the proposed confidentiality agreement, a list of links where the videos and images can be found, and Plaintiff's amended initial disclosures.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

---

**7 attachments**

**AB Amended Initial Disclosures DSS.pdf**
195K

**HIPAA - 3.pdf**
191K

**HIPAA - 4.pdf**
194K

**HIPAA - 2.pdf**
192K

**Confidentiality Stip and Proposed Protective Order.docx**
21K

**2026.05.14 Links.pdf**
157K

**HIPAA - 1.pdf**
191K