The Wayback Machine - https://web.archive.org/web/20210418231241/https://www.teenstarlet.com/

# TEENSTARLET

# Teen Starlet Is No Longer Active

## Individual sets including long retired sets will be available on our new site TeenStarletGallery.

If you had an existing subscription, please Contact Us.

Thank you for your business.

© BFC Enterprises, LLC