The Wayback Machine - https://web.archive.org/web/20200120230012/http://www.teenstarlet.com:80/v01/models/

# TEEN STARLET

MODELS   SETS   NEWS   SITES   MEMBERS   JOIN NOW

There will be no further updates to this website. Some sets from the past have been removed. Only the updates listed in the guest area are available to members.

## {THE MODELS









Fallon

Geena Mullins

Gracie

Jahira

Jasmine

Jenn

Jolie

Kaelin

Kandace

Karli

Kat

Kayla



Kelsey

Kim

Korina

Kris

Kristyna

Kyli

Leah

Leila

Lucie

Macey

Madison

Malatie





# THIS IS AN ARCHIVE SITE

There will be no further updates to this website. Some sets from the past have been removed. Only the updates listed in the guest area are available to members.

# NEWS

- **New Site - Sim&Pav**: The twin's site, Sim & Pav is finally live! Two hot, young twin sisters who I...

- **New Site - Mia Vesela**: Mia Vesela solo site is live! Another beauty that's been a long time coming as we...

- **New Site - Sofi Novak**: Sofi Novak solo site is live! It's been a very long time coming, but the time is ...

- **New Site - TeenStarlet Latinas!**: Yes. You read that correctly. We are excited to present TeenStarlet Latinas. This...

- **New Site Launch - Ayla Ross**: Have we got a holiday surprise for you! We're excited to launch a new solo site for N...

## Instant Access • Join Now

MODELS    SETS    NEWS    SITES    MEMBERS    JOIN NOW

ABOUT    SUPPORT

TERMS OF SERVICE    PRIVACY    COPYRIGHTS    2257 NOTICE

   8/3/26, 2:17 PM

# TEENSTARLET

© COPYRIGHT 2020 BFC ENTERPRISES. ALL RIGHTS RESERVED