The Wayback Machine - https://web.archive.org/web/20210122023414/https://teenstarletgallery.com/



Welcome! TeenStarlet Gallery is where you can purchase retired sets from our old websites: TeenStarlet, Kris Karson, Alex Arabella, Amanda Verona, Sheri Belle and more. We will be adding sets weekly. These sets are NOT remastered or altered from the way they were originally released.

We are charging a small monthly fee of $4.99/mo to access the sets. Once inside you will be able to purchase sets individually.

We're looking forward to seeing you inside!

New Releases - Over 500 sets available for purchase!

2021.01.20
Marina - A Little Sprinkle (Starlet)
Nicole - Bedroom Wonders (Starlet)
Kyli - Out Of The Wild (Starlet)
Gracie - Sheer Grace (Starlet)
Audra - Lift Me Up (Starlet)
Jahira - Ready Or Not (Starlet)
Aria - Laying Around (Starlet)
Korina - Ravishing (Starlet)
Kandace - Hearts And Bows (Starlet)
Jasmine - Exotic Treat (Starlet)
Angie - Dressed To Kill (Starlet)
Kris Karson - Soft Edges
Alex Arabella - Fenced In
Amanda Verona - Bad Teacher
Sheri Belle - Baby Blue
Kelsey Monroe - Purple Sstin
Brooke & Brandi - Just A Zipper
Brandi Blair - Just A Zipper
Brooke Blair - Just A Zipper

2021.01.15
Jenn - Split Top (Starlet)
Erica - Meshed (Starlet)

Aubrey - Hello There (Starlet)
Anna - Lavender And Lace (Starlet)
Brittany - Loosely Tied (Starlet)
Aurora - Fresh Face (Starlet)
Megan - A New Queen (Starlet)
Kim - You Only Get One (Starlet)
Rebekah - Sheer Madness (Starlet)
Leah - Bartender (Starlet)
Angelina - I Am Woman (Starlet)
Aliyah - Natural Wonder (Starlet)
Kris Karson - Magnificent Lace
Alex Arabella - Field Of Dreams
Amanda Verona - A Little Cushion
Sheri Belle - Pink Or Red
Kelsey Monroe - Mish Mesh
Brooke & Brandi - Triangle Top
Brandi Blair - Triangle Top
Brooke Blair - Triangle Top

2021.01.11
Jolie - Made To Please (Starlet)
Ruslana - Split Decision (Starlet)
Danielle - V For Victory (Starlet)
Madison - Courting You (Starlet)
Ashley - Sweet Tooth (Starlet)
Tati - High Plains Drifter (Starlet)
Brianna - Brunette Beauty (Starlet)
Ronnie - Masterpiece (Starlet)
Audrey - Shot Through The Heart (Starlet)
Macey - Innocence In Purple (Starlet)
Kris Karson - Sweet Dreams
Alex Arabella - Let's Get Wet
Amanda Verona - Club Dress
Sheri Belle - Up A Notch
Kelsey Monroe - Wicked Bloomers
Brooke & Brandi - Deep Cut
Brandi Blair - Deep Cut
Brooke Blair - Deep Cut

2021.01.07
Charlotte - Pulled Aside (Starlet)
Marie - Picture This (Starlet)
Gracie - Out Of The Blue (Starlet)
Kristyna - Sweet And Slender (Starlet)
Allie - Nightie Nite (Starlet)
Amberlynn - Look At Me (Starlet)
Audra - Making Out (Starlet)

Kyli - What The... (Starlet)
Jahira - High Contrast (Starlet)
Aria - Twice As Fine (Starlet)
Korina - Strap Play (Starlet)
Kandace - Dangerous (Starlet)
Marina - Don't Be Coy (Starlet)
Rae - Blonde Princess (Starlet)
Jasmine - A String Away (Starlet)
Kris Karson - Flight Pattern
Alex Arabella - View From Above
Amanda Verona - I'm Innocent
Sheri Belle - All Smiles
Kelsey Monroe - School's Out
Open Matinee - Brandi Blair
Open Matinee - Brooke Blair

> Click to Join Now < ~ member's entrance ~

{ Support Terms Of Service Privacy 2257 Notice Copyrights }