UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
AUDREY BURNS,

                            Plaintiff,                   **ORDER**

    -against-                              25 Civ. 7474 (KMK)(JCM)

JAMES LIDESTRI,

                          Defendants.
--------------------------------------------------------------X

On July 20, 2026, the Court directed the parties to file a joint stipulation setting forth the proposed protocol for production of certain responsive photographs and images by July 28, 2026. (Docket No. 40). To date, the parties have failed to file the same. Therefore, by August 7, 2026, Plaintiff is ordered to file a proposed protocol for the Court's review. Defendant may file a response by August 11, 2026.

In addition, the Court has scheduled a Status Conference for August 13, 2026 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 325. The parties should be prepared to discuss the stipulated protocol, along with the issues raised in Docket Nos. 42, 44, 46, 47 and 48, at the conference.

Dated: August 4, 2026
       White Plains, New York

                                  **SO ORDERED:**

                                  _____
                                  JUDITH C. McCARTHY
                                  United States Magistrate Judge