# VERIDIAN LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

August 7, 2026

**<u>Via ECF</u>**
Hon. Judith C. McCarthy
United States Magistrate Judge
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, New York 10601-4150

  Re:  *Burns v. Lidestri*, **No. 25-cv-07474-KMK-JCM**
      **Proposed Order Directing Custody and Inspection Protocol**

Dear Judge McCarthy:

  We represent Plaintiff and respectfully submit this letter pursuant to the Court's August 4, 2026 Order directing Plaintiff to file a proposed protocol for the Court's review.  Our firm has endeavored to mirror the spirit of the court's order in *Doe v. Bd. of Educ. Of the Pecos Indep. Sch. Dist.* within the Proposed Order *(*See *Doe v Bd. of Educ. of the Pecos Ind. Sch. Dist.,* 2023 US Dist LEXIS 199123 [DNM Nov. 6, 2023, No. 21-422 MV/JFR]).  To that end, I have spoken with numerous detectives, officers, and clerks from the White Plains Police Department in the interest of drafting a Court Order that addresses the realities of Department protocols and meets this case's unique needs.

  Through these conversations, I have formed the belief that the best course of action is for me to file a report with the police department, provide the material to the on-site officer or detective as part of that report, advise same that the material should be kept with the Property Clerk, and inform them of the Order allowing Defendant and his representatives access. The material will be stored in duplicate on two thumb drives and consists of 4,502 .jpg files, a bates stamped .pdf containing the 4,502 images, and 55 videos saved in .mp4 format.

  While I plan to visit the police department on the date of our appearance to effectuate this plan, the Proposed Order includes language about informing the Court if such deposit is not made.  This provision is included solely as a precaution given the possibility that, despite best efforts to coordinate with the Department, the personnel available at that time may be unfamiliar with the contemplated procedure or may be unable to accept and maintain the materials in accordance with the Proposed Order.

  We thank the Court for its consideration.

        Respectfully submitted,
        */s/ Cali P. Madia*
        Veridian Legal P.C.
        23 W. 73rd Street, Suite 102
        New York, New York 10023
        cali@veridianlegal.com
        *Attorney for Plaintiff Audrey Burns*

cc: David D. Lin, Esq., Lewis & Lin LLC (via ECF)

Veridian Legal P.C.