UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUDREY BURNS,

Plaintiff,

-against-

JAMES LIDESTRI,

Defendant.

Case No.: 25-cv-07474

[PROPOSED] ORDER DIRECTING
CUSTODY AND INSPECTION
PROTOCOL FOR ALLEGED
CHILD SEX ABUSE MATERIAL

Upon the letter motion of Plaintiff-Counterclaim-Defendant Audrey Burns dated July 17, 2026, and the Court having considered the submissions of the parties, and good cause having been shown, it is hereby:

ORDERED that, on or before August 13, 2026, Plaintiff is directed to deposit with the White Plains City Police Department at 77 South Lexington Avenue White Plains, NY 10601 two identical USB drives containing the bates stamped PDF images, videos, and downloaded JPG files of the images which Plaintiff alleges constitute child sex abuse material or advise the Court of why she has been unable to do so.

ORDERED that Defendant, Defendant's counsel, and/or Defendant's experts shall be granted access to review the content at issue in the custody of the White Plains City Police Department, being held with at the Office of the Property Clerk.

ORDERED that no image or video may be copied, altered, edited, otherwise reproduced in any manner, or destroyed until further order of this Court.  A representative of the White Plains City Police Department may remain with the expert during review to ensure this requirement is met.

SO ORDERED:

Dated: White Plains, New York

_____
JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE

1