UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

AUDREY BURNS,

       Plaintiff and Counter Defendant,

         -against-                 **ORDER**

JAMES LIDESTRI,                25 Civ. 7474 (KMK)(JCM)

       Defendant and Counter Claimant.

--------------------------------------------------------X

On August 13, 2026, the Court heard oral argument and set forth its reasoning and rulings on the record regarding the parties' discovery disputes raised in Docket Nos. 42, 44, 46, 47, 48, 51, 52, and 53. A summary of the Court's rulings follows:

(1)    Plaintiff's non-party subpoena on Wells Fargo shall be limited to records relating to BFC Enterprises, LLC's accounts for the years 2012 through 2021.

(2)    Plaintiff's non-party subpoena on American Express shall be limited to records relating to the accounts ending in 1007, 1008, and 2005 for the years 2012 through 2021.

(3)    Plaintiff's non-party subpoena on Western Union shall be limited to records relating to transactions from 2012 through 2016 involving Plaintiff, Audrey Burns; her mother, Wynona Burns; and any individuals Plaintiff can identify by name who accepted transfers on Plaintiff's behalf.

(4)    Plaintiff's non-party subpoena on Akamai shall be limited to records relating to five domain names: SelectSets.com, TeenStartlet.com, TeenStartletGallery.com, KrisKarson.com, and Honey-Cream.com.

(5)    Plaintiff's non-party subpoena on Morganelli shall be limited to records and communications from 2013 through 2018 relating to copyright enforcements of any image or

video depicting Plaintiff, or that includes her name or alias, from five domain names: SelectSets.com, TeenStartlet.com, TeenStartletGallery.com, KrisKarson.com, and Honey-Cream.com.

(6)    The production from these five non-party subpoenas shall be marked confidential and produced to Defendant immediately upon receipt.

(7)    Plaintiff is directed to provide Defendant with a log corresponding Bates stamped picture sets to the URL from where that set of images was downloaded.

(8)    By August 31, 2026, the parties shall agree to a joint protocol regarding the alleged CSAM images, obtain confirmation from the White Plains Police Department ("WPPD") that it is willing and able to adhere to the protocol, and provide the images to the WPPD.

(9)    The 2,449 identified images which Plaintiff does not allege are CSAM shall not be included within the scope of the draft protocol and the images provided to the WPPD.

The parties are reminded that the next telephone conference is scheduled for September 10, 2026 at 11:30 a.m. (*See* Minute Entry dated July 9, 2026). Counsel shall call 855-244-8681 and enter access code 1800490580 at the time of the conference.

The Clerk is respectfully requested to terminate the pending motion (Docket No. 42).

Dated:  August 13, 2026
        White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge