VERIDIAN
LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

August 30, 2026

**Via ECF**
Hon. Judith C. McCarthy
United States Magistrate Judge
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, New York 10601-4150

**Re: *Burns v. Lidestri*, No. 25-cv-07474-KMK-JCM**
**Proposed Order Directing Custody and Inspection Protocol**

Dear Judge McCarthy:

Plaintiff writes pursuant to Paragraph 8 of the Court's August 13, 2026 Order to advise that the parties have reached an impasse concerning the protocol for the materials Plaintiff alleges constitute CSAM.

The parties initially made substantial progress toward a protocol using the White Plains Police Department ("WPPD") as custodian. Defendant advised that it was "on board with the police-department custody framework," subject to several revisions. See Exs. 1-2.

WPPD thereafter advised that it would not participate under any protocol. White Plains itself suggested that the material instead be handled by the District Attorney's Office or the FBI. See Exs. 3-5.

Plaintiff therefore contacted the FBI's Hudson Valley Resident Agency, consistent with Defendant's prior suggestion that, if WPPD could not accept the material, Plaintiff should locate another government or law-enforcement repository. The FBI agreed to serve as custodian and worked with Plaintiff on a proposed protocol. See Exs. 5-9. Defendant nevertheless declined to consent to the FBI serving in that role and instead proposed a private forensic custodian.

Plaintiff continued attempting to resolve the issue and asked Defendant to identify any specific provisions of the FBI protocol that could be modified. Defendant has now confirmed that it continues to object to the FBI serving as custodian. See Exs. 10-12.

At this point, WPPD has refused to participate, while the FBI is willing to accept the material and provide controlled access to the parties and their experts. Given the Court's August 31 deadline, Plaintiff respectfully submits that the parties have exhausted their ability to resolve the issue without further guidance. Accordingly, Plaintiff respectfully requests that the Court approve the proposed FBI/HVRA protocol attached as Exhibit 13, or provide such other direction as the Court deems appropriate.

Respectfully submitted,
*/s/ Daniel S. Szalkiewicz*
Veridian Legal P.C.

cc: David D. Lin, Esq., Lewis & Lin LLC (via ECF)