# Exhibit 1

Gmail Daniel Szalkiewicz <daniel@lawdss.com>

# Proposed Protocol

1 message

**Cali Madia** <cali@veridianlegal.com> Fri, Aug 21, 2026 at 2:05 PM
To: Mike Cilento <michael@ilawco.com>, Daniel Szalkiewicz <daniel@veridianlegal.com>, "David D. Lin" <david@ilawco.com>

Attached, please find the revised proposed protocol. Please let me know if you have any comments as I would like to begin efforts to connect with counsel for the WPPD ASAP.
Thanks,
Cali

--

Cali P. Madia, Esq.

**Veridian Legal P.C.**

Main: (212) 706-1007

Direct: (646) 926-1801

Cell: (716) 860-2557

www.veridianlegal.com

---

**Revised Proposed Order copy.docx**
23K

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDREY BURNS,<br><br>Plaintiff,<br><br>-against-<br><br>JAMES LIDESTRI,<br><br>Defendant. | Case No.: 25-cv-07474<br><br>[PROPOSED] ORDER DIRECTING CUSTODY AND INSPECTION PROTOCOL FOR ALLEGED CHILD SEX ABUSE MATERIAL |

Upon the letter motion of Plaintiff-Counterclaim-Defendant Audrey Burns dated July 17, 2026, and the Court having considered the submissions of the parties, and good cause having been shown, it is hereby:

ORDERED that, on or before August 31, 2026, Plaintiff is directed to deposit with the White Plains City Police Department at 77 South Lexington Avenue White Plains, NY 10601 two identical USB drives ("USB Drives") containing the bates stamped PDF images, videos, and downloaded JPG files of the images which Plaintiff alleges constitute child sex abuse material or advise the Court of why they have been unable to do so.

ORDERED that the White Plains Police Department will provide counsel for Plaintiff with information sufficient to identify and locate the USB Drives which Plaintiff's counsel will promptly disclose to counsel for Defendant.

ORDERED that the Whjte Plains Police Department shall grant the parties, the parties' counsel, and the parties' experts access to review the content of the USB Drives in the custody of the White Plains City Police Department between the hours of 7:00 and 3:00 p.m..

ORDERED that the parties, the parties' counsel, and the parties' experts shall be provided with a computer or may be permitted to bring a computer with which they may inspect the material on the USB Drives.

ORDERED that three days prior to the visit, the parties' counsel shall disclose to opposing counsel via e-mail the identities of those witnesses they seek to bring to inspect the material on the USB Drives. Should the other party object to the witness visit, they shall alert the visiting party's counsel within two business days and move to exclude the witness within five business days of giving the other side notice of their objection.

ORDERED that no image or video may be copied, altered, edited, otherwise reproduced in any manner, or destroyed until further order of this Court. A representative of the White Plains City Police Department may remain with the expert during review to ensure this requirement is met.

SO ORDERED:

Dated: White Plains, New York

________________________
JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE