# Exhibit 2

Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

# Re: Proposed Protocol

1 message

**Mike Cilento** <michael@ilawco.com> Mon, Aug 24, 2026 at 11:40 AM
To: Cali Madia <cali@veridianlegal.com>
Cc: Daniel Szalkiewicz <daniel@veridianlegal.com>, "David D. Lin" <david@ilawco.com>

Hey Cali,

For purposes of your call with Corporation Counsel, the structure of the revised proposed order is mostly fine - you can represent that we're on board with the police-department custody framework. While you have them, it would also help to find out whether the Department requires advance notice for inspection visits and, if so, how much, so we can build whatever they actually need into the order. I have a few edits to the order itself, mainly:

The 2,449 "N/A" images. The order should make clear that the deposit-and-inspection procedure applies only to the images and videos Plaintiff designates as alleged CSAM.

The advance-disclosure provision. Notice should be required only when a party seeks to bring someone other than counsel or a party - counsel and the parties themselves shouldn't need to give advance notice to the other side.

Cleanup. The "Whjte" typo; the access hours should read "7:00 a.m. to 3:00 p.m." on business days; and, if needed, a 24-hour scheduling notice to the Department and reasonable repeat visits.

Thanks
Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Mon, Aug 24, 2026 at 11:17 AM Cali Madia <cali@veridianlegal.com> wrote:

> Mike,
> Please advise whether you have any substantive changes to make as I am supposed to be speaking with Acting Corporation Counsel sometime today.
> Thank you,
> Cali
>
> On Fri, Aug 21, 2026 at 2:05 PM Cali Madia <cali@veridianlegal.com> wrote:
>
>> Attached, please find the revised proposed protocol. Please let me know if you have any comments as I would like to begin efforts to connect with counsel for the WPPD ASAP.
>> Thanks,
>> Cali

--

Cali P. Madia, Esq.

**Veridian Legal P.C.**

Main: (212) 706-1007

Direct: (646) 926-1801

Cell: (716) 860-2557

www.veridianlegal.com