# Exhibit 3

Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

## Burns v Lidestri - Proposed Protocol Update

1 message

**Cali Madia** <cali@veridianlegal.com> Wed, Aug 26, 2026 at 1:27 PM
To: Mike Cilento <michael@ilawco.com>, "David D. Lin" <david@ilawco.com>, Daniel Szalkiewicz <daniel@veridianlegal.com>

Gentlemen,

As an update, the Senior Assistant Corporation Counsel for the City of White Plains has advised me that the City is "not willing to comply with the protocol" but that she is discussing it with Corporation Counsel. While I await further guidance from White Plains, I have started conversations with an FBI Special Agent who seems confident the FBI will be able to accommodate us at their office in Rye (600 Midland Ave.).

I will keep everyone apprised of potential changes in hours and/or any other items in the protocol the FBI may wish to tweak.

Best,
Cali

--

Cali P. Madia, Esq.

**Veridian Legal P.C.**

Main: (212) 706-1007

Direct: (646) 926-1801

Cell: (716) 860-2557

www.veridianlegal.com