# Exhibit 4

Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

# Re: Burns v Lidestri - Proposed Protocol Update

1 message

**Mike Cilento** <michael@ilawco.com> Wed, Aug 26, 2026 at 1:48 PM
To: Cali Madia <cali@veridianlegal.com>
Cc: "David D. Lin" <david@ilawco.com>, Daniel Szalkiewicz <daniel@veridianlegal.com>

Cali,

Thank you for the update. We are not comfortable with the materials being transferred to the FBI or with requiring Defendant, defense counsel, or defense experts to conduct their inspection at an FBI office. The FBI's federal investigative role raises materially different concerns regarding access, use, retention, disclosure, confidentiality, and the possibility of independent investigative use. We also doubt that the FBI would permit defense experts to bring and use the secured forensic equipment necessary to examine metadata and file structure, create permissible non-image work product, or conduct repeated inspections on a workable schedule.

If WPPD ultimately is unwilling or unable to comply, we recommend an independent, Court-approved forensic custodian with documented legal authority to receive and maintain the materials and the technical capability to provide both sides and their experts equivalent, meaningful, and repeated access under agreed safeguards. That would be more appropriate for civil discovery than placing the materials in the custody of a federal investigative agency.

Please circulate WPPD's final written position, including the particular protocol provisions it will not accept. You may also circulate any written proposal or conditions from the FBI, but Defendant does not presently consent to a protocol transferring the materials to the FBI. Because the Court's order specifically identifies WPPD, no transfer to a different custodian should occur without the parties' agreement and the Court's approval.

Thanks
Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Wed, Aug 26, 2026 at 1:28 PM Cali Madia <cali@veridianlegal.com> wrote:

> Gentlemen,
>
> As an update, the Senior Assistant Corporation Counsel for the City of White Plains has advised me that the City is "not willing to comply with the protocol" but that she is discussing it with Corporation Counsel.  While I await further guidance from White Plains, I have started conversations with an FBI Special Agent who seems confident the FBI will be able to accommodate us at their office in Rye (600 Midland Ave.).
>
> I will keep everyone apprised of potential changes in hours and/or any other items

in the protocol the FBI may wish to tweak.

Best,
Cali

--

Cali P. Madia, Esq.

**Veridian Legal P.C.**

Main: (212) 706-1007

Direct: (646) 926-1801

Cell: (716) 860-2557

www.veridianlegal.com