# Exhibit
# 6

Gmail Daniel Szalkiewicz <daniel@lawdss.com>

## Re: Burns v Lidestri - Proposed Protocol Update

1 message

**Mike Cilento** <michael@ilawco.com> Thu, Aug 27, 2026 at 2:00 PM
To: Cali Madia <cali@veridianlegal.com>
Cc: "David D. Lin" <david@ilawco.com>, Daniel Szalkiewicz <daniel@veridianlegal.com>

Cali,

Thank you for the update and the attached correspondence. As stated, please feel free to share the FBI's proposed changes to the protocol once you receive them, and we will review them promptly. At this time, however, Defendant does not agree to the FBI serving as custodian of the materials or to a protocol requiring Defendant, his counsel, or his experts to conduct their inspection at an FBI office. Our recommendation remains an independent, Court-approved forensic custodian as set out in our prior letter, and we remain ready to discuss qualified vendors so discovery can move forward without further delay.

Thanks
Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Thu, Aug 27, 2026 at 10:36 AM Cali Madia <cali@veridianlegal.com> wrote:

> Mike,
>
> Attached, please find my correspondence with Elizabeth Mirisola. As you can see, she has now completely foreclosed on the City assisting in this capacity. Accordingly, and based on Defendant's August 11, 2026 letter stating "if WWPD cannot timely accept the material and provide meaningful inspection on those terms, Plaintiff should identify another accepting government or law-enforcement forensic repository" I identified the FBI as another government or law-enforcement forensic repository and opened communications with them.
>
> After significant discussion, I can now confirm that the FBI is willing, able, and ready to serve in that capacity. They are making changes to the protocol which I anticipate them returning sometime today.
>
> While I understand the Court's directive specified the WPPD, the WPPD is refusing to serve in that capacity. Accordingly, and considering Defendant's past representations, it was my intention to provide Defendant with an opportunity to