# Exhibit 7

Gmail Daniel Szalkiewicz <daniel@lawdss.com>

# Re: Burns v Lidestri - Proposed Protocol Update

1 message

**Cali Madia** <cali@veridianlegal.com> Thu, Aug 27, 2026 at 2:11 PM
To: Mike Cilento <michael@ilawco.com>
Cc: "David D. Lin" <david@ilawco.com>, Daniel Szalkiewicz <daniel@veridianlegal.com>

Mike,
Please see attached proposed protocol which has been approved in large part by the FBI regional office. I am awaiting approval on a couple small revisions but do not anticipate any substantive changes. Please let me know when you are available to meet and confer about this.
Cali

On Thu, Aug 27, 2026 at 2:00 PM Mike Cilento <michael@ilawco.com> wrote:

> Cali,
>
> Thank you for the update and the attached correspondence. As stated, please feel free to share the FBI's proposed changes to the protocol once you receive them, and we will review them promptly. At this time, however, Defendant does not agree to the FBI serving as custodian of the materials or to a protocol requiring Defendant, his counsel, or his experts to conduct their inspection at an FBI office. Our recommendation remains an independent, Court-approved forensic custodian as set out in our prior letter, and we remain ready to discuss qualified vendors so discovery can move forward without further delay.
>
> Thanks
> Mike
>
> **Michael D. Cilento, Esq.**
> Lewis & Lin LLC
> 77 Sands Street, 6th Floor | Brooklyn, NY 11201
> direct 347-404-5844 | fax 718-243-9326
> iLawco.com | TrademarkAttorneys.com | Defamation.nyc
>
> This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.
>
> On Thu, Aug 27, 2026 at 10:36 AM Cali Madia <cali@veridianlegal.com> wrote:
>
>> Mike,
>>
>> Attached, please find my correspondence with Elizabeth Mirisola. As you can see, she has now completely foreclosed on the City assisting in this capacity. Accordingly, and based on Defendant's August 11, 2026 letter stating "if WWPD cannot timely accept the material and provide meaningful inspection on those terms, Plaintiff should identify another accepting government or law-enforcement forensic repository" I identified the FBI as another government or law-enforcement forensic repository and opened communications with them.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDREY BURNS,<br>Plaintiff,<br><br>-against-<br><br>JAMES LIDESTRI,<br>Defendant. | Case No.: 25-cv-07474<br><br>[PROPOSED] ORDER DIRECTING CUSTODY AND INSPECTION PROTOCOL FOR ALLEGED CHILD SEX ABUSE MATERIAL |

Upon the letter motion of Plaintiff-Counterclaim-Defendant Audrey Burns dated July 17, 2026, and the Court having considered the submissions of the parties, and good cause having been shown, it is hereby:

ORDERED that, on or before August 31, 2026, Plaintiff is directed to deposit with the Federal Bureau of Investigation ("FBI") Hudson Valley Resident Agency at 347 Avenue of the Americas New Windsor, NY two identical USB drives ("USB Drives") containing the bates stamped PDF images, videos, and downloaded JPG files of the images which Plaintiff alleges constitute child sex abuse material or advise the Court of why they have been unable to do so.

ORDERED that the FBI is directed to remain in possession of the USB Drives and provide parties and parties' counsel and experts with the ability to access and review the content of the USB Drives pursuant to the terms of this protocol until further order of this Court.

ORDERED that the FBI will provide counsel for Plaintiff with information sufficient to identify and locate the USB Drives at the Hudson Valley Resident Agency which Plaintiff's counsel will promptly disclose to counsel for Defendant.

ORDERED that the FBI shall grant the parties and the parties' counsel and experts access to review the content of the USB Drives between the hours of 9:00 a.m. and 5:00 p.m. on business days. The access and inspection may take place in the Hudson Valley Resident Agency Lobby Interview Room.

ORDERED that the FBI shall be permitted to limit access to four hours per day and shall be further permitted to limit visitor access to no more than two people per visit.

ORDERED that the FBI shall provide visitors with a computer on which they may access and inspect the content and shall be permitted to prevent the parties and the parties' counsel and experts from bringing electronic devices into the room in which the content is being accessed and inspected.

ORDERED that three days prior to the visit, the visiting parties' counsel shall disclose to opposing counsel and the FBI via e-mail (daniel@veridianlegal.com for Plaintiff david@ilawco.com for Defendant, and erokitowski@fbi.gov and cayotnakparian@fbi.gov for the FBI) the identities of those they desire to bring to inspect the content stored on the USB Drives and the dates and times they seek to visit the FBI Hudson Valley Resident Agency. Should the other party or the FBI object to the witness visit, they shall alert the visiting party's counsel within two business days and move to exclude the witness or provide an alternative date and time within five business days of giving the other side notice of their objection.

ORDERED that no image or video may be copied, altered, edited, otherwise reproduced in any manner, or destroyed until further order of this Court. A representative of the FBI may remain with the expert during review to ensure enforcement of this protocol.

SO ORDERED:

Dated: White Plains, New York

____________________________
JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE