# Exhibit 8

Gmail Daniel Szalkiewicz <daniel@lawdss.com>

## Re: Burns v Lidestri - Proposed Protocol Update

1 message

**Daniel Szalkiewicz** <daniel@veridianlegal.com> Thu, Aug 27, 2026 at 4:23 PM
To: Cali Madia <cali@veridianlegal.com>
Cc: Mike Cilento <michael@ilawco.com>, "David D. Lin" <david@ilawco.com>

Mike,

I am back and just catching up on these emails. I know Cali has been working extensively to try to get a workable protocol in place, and we now have confirmation that the FBI is willing to proceed under a protocol similar to the one you and Cali had discussed for White Plains.

We were genuinely surprised by White Plains's response, but we are pleased that the FBI is willing to step in so that there is a law-enforcement agency able to receive and maintain the material.

I have read through your emails and understand that you are objecting to the FBI handling the material instead of White Plains, but I am not entirely clear on the specific concern or practical difference you see between the two agencies for purposes of the protocol. Cali and I have taken a firm position from the beginning that we are not comfortable providing this material to a private forensic examiner who is neither the Court nor law enforcement. We believe the material constitutes CSAM, and we do not see a clear written exception in the law that would permit civil litigators or privately retained experts to possess it.

Now that we know the FBI is willing to take possession of the videos and images, our intention is also to provide the thumb drives to the FBI so that neither our office nor our client needs to continue maintaining possession of the devices containing this material.

We are available for a call tomorrow to discuss this. Given that the protocol is due August 31, though, I would appreciate it if you could send me a more detailed explanation of your objection in advance of the call, including what concern you have with the FBI serving the role that White Plains was originally expected to serve. That will hopefully allow us to narrow the issue and resolve it without having to go back to the Court.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Thu, Aug 27, 2026 at 2:11 PM Cali Madia <cali@veridianlegal.com> wrote:

> Mike,
> Please see attached proposed protocol which has been approved in large part by the FBI regional office. I am awaiting approval on a couple small revisions but do not anticipate any substantive changes. Please let me know when you are available to meet and confer about this.