# Exhibit 10

Gmail

Daniel Szalkiewicz <daniel@lawdss.com>

# Re: Burns v Lidestri - Proposed Protocol Update

1 message

**Daniel Szalkiewicz** <daniel@veridianlegal.com> Fri, Aug 28, 2026 at 12:14 PM
To: Cali Madia <cali@veridianlegal.com>
Cc: Mike Cilento <michael@ilawco.com>, "David D. Lin" <david@ilawco.com>

Mike and David,

Now that you have had an opportunity to review the proposed protocol, can you let us know whether you still object?

We would very much like to resolve this issue without having to go back to the Court. At this point, however, we do not have another law-enforcement agency available to receive and maintain the material, and the Court has directed the parties to submit an agreed protocol by August 31.

If there is a specific provision of the proposed protocol that remains problematic from your perspective, please identify it so that we can see whether there is a way to address the concern promptly. Given the deadline, we would appreciate hearing from you as soon as possible so that we can determine whether this can be resolved consensually or whether we need to seek further guidance from the Court.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Fri, Aug 28, 2026 at 10:47 AM Cali Madia <cali@veridianlegal.com> wrote:

> This is the protocol on which we are awaiting approval. It has minor cleaned up language and a space in which a production date may be written in by the judge.
>
> On Fri, Aug 28, 2026 at 10:36 AM Mike Cilento <michael@ilawco.com> wrote:
>
>> Daniel,
>>
>> Thanks. I'm happy to discuss our concerns, as outlined in my prior email. Before the call, could you please identify any additional changes to the protocol requested by the FBI, as referenced in Cali's prior email?
>>
>> -Mike
>>
>> **Michael D. Cilento, Esq.**
>> Lewis & Lin LLC
>> 77 Sands Street, 6th Floor | Brooklyn, NY 11201
>> direct 347-404-5844 | fax 718-243-9326
>> iLawco.com | TrademarkAttorneys.com | Defamation.nyc
>>
>> This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.