September 16, 2026

**Via ECF**
Hon. Judith C. McCarthy
United States Magistrate Judge
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, New York 10601-4150

**Re: *Burns v. Lidestri*, No. 25-cv-07474-KMK-JCM**
**Proposed Order Directing Custody and Inspection Protocol**

Dear Judge McCarthy:

The parties write pursuant to Your Honor's September 10, 2026 directive that parties submit an updated protocol and a joint letter setting forth the deposition schedule.

1. **Protocol**

**Plaintiff**:

Initially, Plaintiff's counsel, Cali Madia, sent a revised protocol to an FBI representative immediately after the last conference adding to the third to last paragraph, pursuant to the Court's directive "except for a single laptop without a camera or internet access, to be used for notetaking purposes only" and inquiring about metadata viewing.

On September 15, 2026, the FBI has confirmed that metadata will be viewable on their equipment to the extent that such metadata exists. Concerning Defendant's ability to bring a "bricked" computer into the facility, Ms. Madia was advised that it is the FBI's policy that any computer brought in during the accessing of CSAM be wiped prior to leaving the facility, resulting in the loss of whatever notes might have been taken. The Special Agent with whom Ms. Madia spoke had never been involved in a case that called for such a deviation in protocol and indicated that defendants in criminal matters involving allegations of CSAM are limited to pen and paper notetaking. Ms. Madia was further informed that, even if FBI policy was changed to accommodate Defendant, it would be a significant undertaking for the facility to inspect Defendant's device during each visit as there are limited individuals on-site with necessary training to do so. It is the FBI's strong preference that the proposed protocol remain as-is.

**Defendant:**

No revised protocol was circulated or attached, and the FBI's position appears to be that the protocol remain as-is. Defendant preserves all prior objections, including that the protocol denies a meaningful examination — no use of Defendant's own forensic equipment, and the Court-directed notetaking laptop would be wiped on exit — for all purposes. See Fed. R. Civ. P. 46.

**2. Depositions**

**Parties' Position Regarding Plaintiff's Deposition**

With regard to depositions, Plaintiff's deposition is scheduled for September 23, 2026 at 10:00 a.m. at Defendant's counsel's office in Brooklyn, New York.

**Defendant's Position Regarding Defendant's Deposition Scheduling**

Plaintiff's counsel has thus far declined to provide any date for Defendant's deposition within the current discovery period, which closes on September 30, despite Plaintiff being represented by two active attorneys who regularly appear in this action.

When Mr. Szalkiewicz provided his trial schedule, he did not identify any trial or other court conflict on September 25. Based on that schedule, Defendant's counsel rearranged their schedule and advised Plaintiff's counsel that they could make September 25 work. Mr. Szalkiewicz then advised that he had two other matters scheduled that day that would not be simple to adjourn. Defendant then asked whether Ms. Madia could conduct the deposition on September 25, but was advised that she would be out of state that week. Defendant thereafter asked whether Ms. Madia could conduct the deposition the following week, on September 28, but Plaintiff's counsel responded that she was also unavailable that day.

In addition to the September 30 discovery deadline, there is a significant practical reason why Defendant has been attempting to complete the deposition by that date: Defendant is the caregiver for a family member who was recently diagnosed with cancer and whose radiation treatments are scheduled to begin on October 1. In light of those caregiving responsibilities, after October 1, Defendant's next available date is October 16.

Accordingly, Defendant respectfully requests that the Court direct Plaintiff's counsel to conduct Defendant's deposition on either September 25 or September 28, so that the deposition may be completed before the September 30 close of discovery. A Court-ordered deposition on September 25 would also provide Plaintiff's counsel with a basis to seek any necessary adjournments of the matters currently scheduled for that date.

Alternatively, if the Court does not wish to direct that the deposition proceed on either of those dates, Defendant respectfully requests that fact discovery be extended for the limited purpose of conducting Defendant's deposition on October 16 or 19.

**Plaintiff's Position Regarding Defendant's Deposition Scheduling**

The parties have been unable to agree on a date for Defendant's deposition. Defendant provided two dates prior to October – September 25 and September 28 – later retracting September 25 and leaving only September 28. Plaintiff's counsel then informed Defendant's attorney that neither Ms. Madia nor Mr. Szalkiewicz were available on September 28 and provided alternate dates which included October 1, 2, 7, 9, and 12. Unfortunately, Defendant has now transformed a simple scheduling issue into a question about whether, by not indicating unavailability on a date

Defendant's counsel had already eliminated, Plaintiff's counsel indicated September 25 was an agreeable date.

Plaintiff's counsel does not wish to summarize email exchanges or insert into a letter the previously scheduled trials causing the conflict however, in the interest of full disclosure attaches same as Exhibit 1 and Exhibit 2, respectively.

In conclusion, Plaintiff has not refused to take Defendant's deposition and is not seeking a substantial extension of discovery. To the contrary, Plaintiff proposed several dates immediately following the current deadline, offered to seek an adjournment of an existing trial to create additional availability, and also offered October 12, despite the federal holiday. Plaintiff is amenable to Defendant's proposed October 19, 2026 deposition date. Plaintiff therefore respectfully requests a brief extension of the deposition deadline, solely for the purpose of completing Defendant's deposition.

Respectfully Submitted,

________________________
Daniel Szalkiewicz
**Veridian Legal P.C.**
23 W. 73rd Street, Suite 102
New York, New York 10023
daniel@veridianlegal.com
*Attorney for Plaintiff Audrey Burns*

________________________
Michael D. Cilento, Esq.
**Lewis & Lin LLC**
77 Sands Street, 6th Floor
Brooklyn, NY 11201
michael@iLawco.com
*Attorney for Defendant James Lidestri*

# Exhibit 1

Gmail

Cali Madia <cali@lawdss.com>

# Re: Burns v Lidestri - Depositions

1 message

**Mike Cilento** <michael@ilawco.com> Wed, Sep 16, 2026 at 1:21 PM
To: Daniel Szalkiewicz <daniel@veridianlegal.com>
Cc: Cali Madia <cali@veridianlegal.com>, David Lin <david@ilawco.com>

Daniel,

Given our client's strong desire to have his deposition completed before October 1, for the reasons I described, he has asked that we put the issue before the Court and ask whether the deposition can be conducted before then.

Accordingly, we are likely going to use the below as Defendant's portion of the joint letter.

Please let us know whether you are taking the lead on the joint submissions due today. We would also appreciate seeing a copy of the new protocol.

As with the other joint submissions, we may have edits to the language below and to other portions of the submission, so we will need to review the complete draft before anything is filed.

--

Defendant's Position Regarding Defendant's Deposition Scheduling

Plaintiffs' counsel has thus far declined to provide any date for Defendant's deposition within the current discovery period, which closes on September 30, despite Plaintiffs being represented by two active attorneys who regularly appear in this action.

When Mr. Szalkiewicz provided his trial schedule, he identified September 25 as an available date. In reliance on that representation, Defendant's counsel rearranged their schedule and advised Plaintiffs' counsel that they could make September 25 work. Only after Defendant did so did Mr. Szalkiewicz advise that he had two other matters scheduled that day that would not be simple to adjourn. Defendant then asked whether Ms. Madia could conduct the deposition on September 25, but was advised that she would be out of state that week. Defendant thereafter asked whether Ms. Madia could conduct the deposition the following week, on September 28, but Plaintiffs' counsel responded that she was also unavailable that day.

In addition to the September 30 discovery deadline, there is a significant practical reason why Defendant has been attempting to complete the deposition by that date: Defendant is the caregiver for a family member who was recently diagnosed with cancer and whose radiation treatments are scheduled to begin on October 1. In light of those caregiving responsibilities, after October 1, Defendant's next available date is October 16.

Accordingly, Defendant respectfully requests that the Court direct Plaintiffs' counsel to conduct Defendant's deposition on either September 25 or September 28, so that the deposition may be completed before the September 30 close of discovery. A Court-ordered deposition on September 25 would also provide Plaintiffs' counsel with a basis to seek any necessary adjournments of the matters currently scheduled for that date.

Alternatively, if the Court does not wish to direct that the deposition proceed on either of those dates, Defendant respectfully requests that fact discovery be extended for the limited purpose of conducting Defendant's deposition on October 16 or 17.
--

Thanks

Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Wed, Sep 16, 2026 at 10:40 AM Daniel Szalkiewicz <daniel@veridianlegal.com> wrote:

> Mike,
>
> Thank you for explaining the circumstances. I certainly understand why you and your client would like to complete the deposition before October 1, and I am sympathetic to the situation.
>
> The difficulty is that, because Plaintiff's deposition is proceeding first on September 23, that leaves only five business days before October 1. Unfortunately, my court calendar during that entire stretch is already exceptionally heavy.
>
> On September 24, I have two trials and three other court appearances. On September 25, I have two matters involving urgent issues that I cannot simply adjourn. On September 28, I have a custody trial and three additional appearances. On September 29, I have two trials and two other appearances, and on September 30, I have another trial and two additional appearances.
>
> Cali will also be out of the office beginning late on September 24 and will not return until late on September 28, so she is not available to cover the deposition during that period.
>
> As much as we are trying to accommodate your client's circumstances, I do not see a realistic way to fit the deposition into that five-day window without either abandoning existing court obligations or proceeding with inadequate preparation time. I would not ask you to conduct a deposition under those circumstances, and I do not think it would be fair to either side here.
>
> In addition to the dates I previously proposed, I can also make October 12 available, notwithstanding that it is a federal holiday. If October 16 is ultimately the first date your client can do after treatment begins, we can also discuss that date.
>
> I hope we can work this out cooperatively. We are not trying to delay the deposition; the problem is simply the combination of the September 23 deposition and a preexisting trial calendar that leaves virtually no flexibility before October 1.
>
> Very Truly Yours,
>
> Daniel S. Szalkiewicz, Esq.
>
> **Veridian Legal P.C.**
> 23 West 73rd Street, Suite 102
> New York, New York 10023
> Tel: (212) 706-1007
> Direct Dial: (212) 760-1007
> Cell: (929) 373-2735
> Fax: (646) 849-0033

On Wed, Sep 16, 2026 at 9:52 AM Mike Cilento <michael@ilawco.com> wrote:

Daniel,

To provide further context, our client is the caregiver for a family member who was recently diagnosed with cancer, and that family member's radiation treatments are scheduled to begin on October 1.

For that reason, in addition to the existing discovery schedule, we are trying to complete this before treatment begins. After October 1, given our client's caregiving responsibilities, the next date on which he will be available is October 16.

We would therefore appreciate your cooperation in scheduling this before October 1 if at all possible.

Thanks
Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Wed, Sep 16, 2026 at 9:08 AM Mike Cilento <michael@ilawco.com> wrote:

Where did you state she was unavailable on the 28th?

-Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Wed, Sep 16, 2026, 09:07 Daniel Szalkiewicz <daniel@veridianlegal.com> wrote:

Mike,

As I stated in my previous email, she is unavailable for a deposition on the 28th.  We ask you to please consider one of the four dates we provided.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel:  (212) 706-1007
Direct Dial: (212) 760-1007

Cell: (929) 373-2735
Fax: (646) 849-0033

On Tue, Sep 15, 2026 at 4:09 PM Mike Cilento <michael@ilawco.com> wrote:

Daniel,

Thanks, I understand you have a full schedule, and we are trying to make this work as well.

You mentioned that Cali will be out of state on Friday, the 25th. But can she be available to take the deposition on Monday, September 28?

Thanks
Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Tue, Sep 15, 2026 at 4:04 PM Daniel Szalkiewicz <daniel@veridianlegal.com> wrote:

Mike,

Thank you. I understand your concern, but you previously indicated that September 25 was already unavailable.

At this point, I cannot unilaterally adjourn the matters that are already scheduled for September 25. One involves an international custody dispute and the other involves a domestic violence matter, and both are court-scheduled proceedings that I cannot simply move that simply on two weeks notice. Cali is also unable to cover those appearances or take the deposition that week because she will be out of state on Friday.

We are not trying to delay discovery or seek any significant extension of the schedule. I have provided four dates- October 1, 2, 7, and 9- that span a relatively short period, and I am willing to seek an adjournment of my October 1 court matter specifically to make additional dates available. My client was also willing to travel to New York based upon the dates that work for your client, which I think demonstrates that we are making a genuine effort to accommodate everyone’s schedules.

I would hope we can resolve this without involving the Court. If none of the four dates works, please send me any other dates in that same general timeframe when your client is available, and I will continue trying to work around my trial calendar.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007

Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Tue, Sep 15, 2026 at 3:57 PM Mike Cilento <michael@ilawco.com> wrote:

Daniel,

Respectfully, we would ask that you adjourn your other matters on September 25 so that the deposition can proceed that day. Your earlier email identified the 25th as a date on which you had no trial scheduled, which is why moved our schedules to make it work.

If Cali is away that week, we would ask in the alternative whether she can be available on September 28 to take the deposition.

To date you have not offered us a single date within the current discovery period.

Please let us know.

Thanks
Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Tue, Sep 15, 2026 at 2:32 PM Daniel Szalkiewicz <daniel@veridianlegal.com> wrote:

We cannot do the 25th. Cali will be away and I have two other matters scheduled. I proposed 4 dates spanning two weeks. Do you have any other suggested dates in early October?

Candidly, most days I have trials scheduled that I cannot change.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Tue, Sep 15, 2026 at 2:26 PM Mike Cilento <michael@ilawco.com> wrote:

Daniel and Cali,

Can you please confirm whether September 25 works for Defendant's deposition? I understand Daniel's schedule is full, but he noted that he does not have a trial scheduled that day.

My client has limited availability over the next several weeks, and the other proposed dates do not work for him. September 25 is the only date that works for everyone's schedules and is also within the discovery period, which avoids the need to seek relief from the Court on the deposition schedule.

Please let us know if we can confirm that date.

Thanks
Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged.
The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Mon, Sep 14, 2026 at 3:03 PM Mike Cilento <michael@ilawco.com> wrote:

Daniel - thanks. Would you be able to do Sept 25? If so, we will make that work.

-Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged.
The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Mon, Sep 14, 2026, 14:57 Daniel Szalkiewicz <daniel@veridianlegal.com> wrote:

Hi Mike and David,

I currently have four court appearances scheduled for September 28, including a trial, so unfortunately I cannot make that date work.

At the moment, I am also scheduled for trials on September 24, 29, and 30. Although I presently have a trial scheduled for October 1, I can ask the Court to adjourn that matter to make October 1 and 2 available.

Subject to the Court's approval, I would therefore like to propose October 1, 2, 7, and 9 as potential deposition dates. If helpful, I can also provide my court calendar to explain the scheduling conflicts.

Please let me know whether any of those dates work for you and your client.

Very Truly Yours,

Daniel S. Szalkiewicz, Esq.

**Veridian Legal P.C.**
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
Direct Dial: (212) 760-1007
Cell: (929) 373-2735
Fax: (646) 849-0033

On Mon, Sep 14, 2026 at 2:50 PM Mike Cilento <michael@ilawco.com> wrote:

Cali - we have had something get scheduled now for Sept 25 so hopefully you can do Sept 28 for Defendant's deposition. Please let us know.

-Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Mon, Sep 14, 2026 at 9:53 AM Mike Cilento <michael@ilawco.com> wrote:

And are you taking the 25th or 28th for Defendant?

-Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Mon, Sep 14, 2026 at 9:52 AM Mike Cilento <michael@ilawco.com> wrote:

Thanks Cali. We will lock in the 23rd for Plaintiff's deposition.

-Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or

privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

On Mon, Sep 14, 2026 at 9:41 AM Cali Madia <cali@veridianlegal.com> wrote:

Mike & David,
Audrey is available for an in person deposition September 22 and 23. We will send over a location for Lidestri's deposition later this week.
Cali

On Fri, Sep 11, 2026 at 11:47 AM Mike Cilento <michael@ilawco.com> wrote:

Daniel and Cali,

Consistent with the Court's directive to complete the party depositions before September 30, our client is available for an in-person deposition on September 25 or September 28. He can appear in White Plains and could accommodate another location if needed, including our Brooklyn office.

Please let us know which date you prefer, and provide Plaintiff's availability as soon as possible so we can finalize both depositions.

Thanks
Mike

**Michael D. Cilento, Esq.**
Lewis & Lin LLC
77 Sands Street, 6th Floor | Brooklyn, NY 11201
direct 347-404-5844 | fax 718-243-9326
iLawco.com | TrademarkAttorneys.com | Defamation.nyc

This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

# Exhibit 2

New York State Unified Court System

COURTS

# WebFamily

Close

**Attorney Name/Firm Name:** SZALKIEWICZ, DANIEL SIMON HAHN

| File# | Docket# | Judge | Part | Appearance Date/Time | Purpose(s) | Attorney Type / For | Court |
|---|---|---|---|---|---|---|---|
| 252530 | V-38975-15/26A | Honorable Jonathan H. Shim | 2-CONF A | 09/16/2026 9:30 AM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 252530 | V-39502-15/26A | Honorable Jonathan H. Shim | 2-CONF A | 09/16/2026 9:30 AM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 331947 | V-11157-25 | Honorable Marisa Arrabito | 15 | 09/16/2026 11:30 AM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 323925 | V-03150-24 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 323925 | V-03150-24 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 323925 | V-03151-24 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 323925 | V-03151-24 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 323925 | V-08451-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 323925 | V-08451-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 323925 | V-08451-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 323925 | V-08452-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 323925 | V-08452-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 323925 | V-08452-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 323925 | V-11054-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 323925 | V-11054-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 323925 | V-11055-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 323925 | V-11055-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/16/2026 12:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 331816 | V-00876-26 | Caterina De Peralta, Court Attorney Referee | 48 | 09/16/2026 3:00 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 331816 | V-00877-26 | Caterina De Peralta, Court Attorney Referee | 48 | 09/16/2026 3:00 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 331816 | V-10796-25 | Caterina De Peralta, Court Attorney Referee | 48 | 09/16/2026 3:00 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 331816 | V-10797-25 | Caterina De Peralta, Court Attorney Referee | 48 | 09/16/2026 3:00 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 315115 | O-01165-26 | Honorable Marisa Arrabito | 15 | 09/17/2026 9:30 AM | Trial Ready Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 315115 | O-01168-26 | Honorable Marisa Arrabito | 15 | 09/17/2026 9:30 AM | Trial Ready Conference | Szalkiewicz, Daniel Simon Hahn (Retained Attorney) for Respondent | New York County Family Court |
| 315115 | V-01455-22/25A | Honorable Marisa Arrabito | 15 | 09/17/2026 9:30 AM | Compliance Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 315115 | V-11063-25 | Honorable Marisa Arrabito | 15 | 09/17/2026 9:30 AM | Compliance Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 322253 | V-10960-25 | Caterina De Peralta, Court Attorney Referee | 48 | 09/17/2026 10:00 AM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 328703 | O-10016-25 | Honorable Crystal R. Villasenor | 11 | 09/17/2026 11:30 AM | Trial Continuation | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 335199 | O-07914-26 | Genna D. Teitelbaum, Court Attorney Referee | 42 | 09/17/2026 2:30 PM | Return of Process | Szalkiewicz, Daniel Simon Hahn (Guardian ad litem) for Respondent | New York County Family Court |
| 57924 | V-09527-24 | Honorable Jonathan H. Shim | 2-CONF A | 09/18/2026 10:30 AM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 57924 | V-09528-24 | Honorable Jonathan H. Shim | 2-CONF A | 09/18/2026 10:30 AM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 326588 | P-07792-26 | Honorable Crystal R. Villasenor | 11 | 09/18/2026 11:00 AM | First Appearance | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 326588 | V-06459-25 | Honorable Crystal R. Villasenor | 11 | 09/18/2026 11:00 AM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 334145 | V-05505-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/18/2026 12:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Court |
| 307710 | P-04562-26 | Hillary Reinharz, FCSM | Triage - 27 | 09/18/2026 2:00 PM | Child Support Triage<BR>Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 330217 | O-06764-26 | Amanda G. Katz, Court Attorney Referee | 46 | 09/21/2026 10:00 AM | Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 330217 | V-06762-26 | Amanda G. Katz, Court Attorney Referee | 46 | 09/21/2026 10:00 AM | Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 330217 | V-06763-26 | Amanda G. Katz, Court Attorney Referee | 46 | 09/21/2026 10:00 AM | Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 322973 | F-00882-24/26A | Honorable Lydia S. Antoncic | 3 | 09/22/2026 9:30 AM | Trial: Willfulness Determination | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 15469 | V-37622-14/25D | Honorable Marisa Arrabito | 15 | 09/22/2026 11:00 AM | Return of Process<BR>Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 15469 | V-37622-14/26E | Honorable Marisa Arrabito | 15 | 09/22/2026 11:00 AM | Return of Process<BR>Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 332899 | O-02588-26 | Honorable Crystal R. Villasenor | 11 | 09/22/2026 2:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 332899 | V-03692-26 | Honorable Crystal R. Villasenor | 11 | 09/22/2026 2:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 332899 | V-03692-26 | Honorable Crystal R. Villasenor | 11 | 09/22/2026 2:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 332899 | V-04302-26 | Honorable Crystal R. Villasenor | 11 | 09/22/2026 2:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 332899 | V-04302-26 | Honorable Crystal R. Villasenor | 11 | 09/22/2026 2:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 321433 | O-05744-26 | Ashley L. Mullin, Court Attorney Referee | 43 | 09/22/2026 3:00 PM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 331745 | O-10639-25 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/22/2026 4:00 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 333128 | V-07074-26 | Honorable Marisa Arrabito | 15 | 09/22/2026 4:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 333128 | V-07074-26 | Honorable Marisa Arrabito | 15 | 09/22/2026 4:00 PM | First Appearance | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 291606 | V-02404-22 | Honorable Stephanie Schwartz | 7 | 09/24/2026 9:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Interested Party | New York County Family Court |
| 291606 | V-09195-23 | Honorable Stephanie Schwartz | 7 | 09/24/2026 9:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 291606 | V-09196-23 | Honorable Stephanie Schwartz | 7 | 09/24/2026 9:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 253648 | V-03079-26 | Caterina De Peralta, Court Attorney Referee | 48 | 09/24/2026 12:30 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Court |
| 332734 | V-02153-26 | Ashley L. Mullin, Court Attorney Referee | 43 | 09/24/2026 12:30 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 229997 | F-03492-26/26B | Marsha M. Wright, FCSM | 23 | 09/24/2026 3:00 PM | Return of Process<BR>Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 332453 | V-01601-26 | Jessica M. Forman, Court Attorney Referee | 45 | 09/24/2026 4:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 323361 | V-01733-24/26A | Amanda G. Katz, Court Attorney Referee | 46 | 09/25/2026 2:00 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 333844 | V-04777-26/26A | Honorable Marisa Arrabito | 15 | 09/25/2026 3:30 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 333844 | V-04778-26/26A | Honorable Marisa Arrabito | 15 | 09/25/2026 3:30 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 331439 | O-07319-26 | Amanda G. Katz, Court Attorney Referee | 46 | 09/28/2026 9:30 AM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 333186 | V-03273-26 | Honorable Marisa Arrabito | 15 | 09/28/2026 10:30 AM | Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 327310 | O-00674-25/25A | Amanda G. Katz, Court Attorney Referee | 46 | 09/28/2026 11:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 327310 | O-00674-25/26B | Amanda G. Katz, Court Attorney Referee | 46 | 09/28/2026 11:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 327310 | O-05355-26 | Amanda G. Katz, Court Attorney Referee | 46 | 09/28/2026 11:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 327310 | V-02791-25 | Amanda G. Katz, Court Attorney Referee | 46 | 09/28/2026 11:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 327310 | V-02791-25/26A | Amanda G. Katz, Court Attorney Referee | 46 | 09/28/2026 11:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 327310 | V-03130-25 | Amanda G. Katz, Court Attorney Referee | 46 | 09/28/2026 11:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 327310 | V-03130-25/26A | Amanda G. Katz, Court Attorney Referee | 46 | 09/28/2026 11:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 29880 | O-05231-26 | Caterina De Peralta, Court Attorney Referee | 48 | 09/28/2026 4:00 PM | Settlement Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 298030 | O-03904-26 | Jessica M. Forman, Court Attorney Referee | 45 | 09/29/2026 10:00 AM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 298030 | V-03899-26 | Jessica M. Forman, Court Attorney Referee | 45 | 09/29/2026 10:00 AM | Tracking | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 298030 | V-03900-26 | Jessica M. Forman, Court Attorney Referee | 45 | 09/29/2026 10:00 AM | Tracking | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 313308 | O-03374-26 | Genna D. Teitelbaum, Court Attorney | 42 | 09/29/2026 11:00 AM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) | New York County |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Referee | | | | for Petitioner | Family Court |
| 312825 | F-04430-22/24A | Marsha M. Wright, FCSM | 23 | 09/29/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (Retained Attorney) for Respondent | New York County Family Court |
| 312825 | F-04430-22/25B | Marsha M. Wright, FCSM | 23 | 09/29/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (Retained Attorney) for Petitioner | New York County Family Court |
| 312825 | F-06511-25/25A | Marsha M. Wright, FCSM | 23 | 09/29/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (Retained Attorney) for Petitioner | New York County Family Court |
| 312825 | F-09510-24 | Marsha M. Wright, FCSM | 23 | 09/29/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (Retained Attorney) for Respondent | New York County Family Court |
| 334507 | O-06293-26 | Honorable Marisa Arrabito | 15 | 09/29/2026 4:00 PM | Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 291606 | V-02404-22 | Honorable Stephanie Schwartz | 7 | 09/30/2026 10:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Interested Party | New York County Family Court |
| 291606 | V-09195-23 | Honorable Stephanie Schwartz | 7 | 09/30/2026 10:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 291606 | V-09196-23 | Honorable Stephanie Schwartz | 7 | 09/30/2026 10:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 333683 | O-04366-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/30/2026 2:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 333683 | O-04366-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/30/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 333683 | V-04344-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/30/2026 2:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 333683 | V-04344-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/30/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 333683 | V-04344-26/26A | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/30/2026 2:00 PM | First Appearance | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 333683 | V-04369-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/30/2026 2:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 333683 | V-04369-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/30/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 333683 | V-04369-26/26A | Jacob K. Maeroff, Court Attorney Referee | 47 | 09/30/2026 2:00 PM | First Appearance | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 332347 | O-02225-26 | Honorable Crystal R. Villasenor | 11 | 09/30/2026 4:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 332347 | V-06349-26 | Honorable Crystal R. Villasenor | 11 | 09/30/2026 4:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 332347 | V-06595-26 | Honorable Crystal R. Villasenor | 11 | 09/30/2026 4:00 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Respondent | New York County Family Court |
| 332227 | O-01112-26 | Genna D. Teitelbaum, | 42 | 10/01/2026 | Motion | Szalkiewicz, Daniel Simon | New York |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Court Attorney Referee | | 11:00 AM | | Hahn (18B (Assigned Counsel)) for Petitioner | County Family Court |
| 332227 | O-01112-26 | Genna D. Teitelbaum, Court Attorney Referee | 42 | 10/01/2026 11:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 313519 | O-11114-25 | Caterina De Peralta, Court Attorney Referee | 48 | 10/01/2026 4:00 PM | Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 313519 | V-11115-25 | Caterina De Peralta, Court Attorney Referee | 48 | 10/01/2026 4:00 PM | Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 335178 | O-07852-26 | Ashley L. Mullin, Court Attorney Referee | 43 | 10/02/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 335178 | O-07862-26 | Ashley L. Mullin, Court Attorney Referee | 43 | 10/02/2026 2:00 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 335178 | O-07862-26 | Ashley L. Mullin, Court Attorney Referee | 43 | 10/02/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 291606 | V-02404-22 | Honorable Stephanie Schwartz | 7 | 10/05/2026 10:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Interested Party | New York County Family Court |
| 291606 | V-09195-23 | Honorable Stephanie Schwartz | 7 | 10/05/2026 10:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 291606 | V-09196-23 | Honorable Stephanie Schwartz | 7 | 10/05/2026 10:00 AM | Trial | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 328196 | O-01951-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 10/06/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 328196 | V-02096-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 10/06/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 328196 | V-02097-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 10/06/2026 2:00 PM | Trial: Fact Finding | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 300826 | V-09445-25 | Honorable Jaimee L. Nelsen | 12 | 10/07/2026 9:30 AM | Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 307710 | V-07381-26 | Genna D. Teitelbaum, Court Attorney Referee | 42 | 10/07/2026 2:30 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 307710 | V-07381-26 | Genna D. Teitelbaum, Court Attorney Referee | 42 | 10/07/2026 2:30 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 307710 | V-07382-26 | Genna D. Teitelbaum, Court Attorney Referee | 42 | 10/07/2026 2:30 PM | Motion | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 307710 | V-07382-26 | Genna D. Teitelbaum, Court Attorney Referee | 42 | 10/07/2026 2:30 PM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 333851 | V-04787-26 | Honorable Marisa Arrabito | 15 | 10/07/2026 3:00 PM | Return of Process | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 322060 | O-02334-26 | Jacob K. Maeroff, Court Attorney Referee | 47 | 10/08/2026 11:00 AM | Preliminary Conference | Szalkiewicz, Daniel Simon Hahn (18B (Assigned Counsel)) for Petitioner | New York County Family Court |
| 311705 | V-05191-26 | Caterina De Peralta, | 48 | 10/08/2026 | Preliminary Conference | Szalkiewicz, Daniel Simon | New York |