UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDREY BURNS, Plaintiff, -against- JAMES LIDESTRI, Defendant. | Case No.: 25-cv-07474 ORDER DIRECTING CUSTODY AND INSPECTION PROTOCOL FOR ALLEGED CHILD SEX ABUSE MATERIAL |

Upon the letter motion of Plaintiff-Counterclaim-Defendant Audrey Burns dated July 17, 2026, and the Court having considered the submissions of the parties, and good cause having been shown, it is hereby:

ORDERED that, on or before September 23, 2026, Plaintiff is directed to deposit with the Federal Bureau of Investigation ("FBI") Hudson Valley Resident Agency at 347 Avenue of the Americas New Windsor, NY two identical USB drives ("USB Drives") containing the bates stamped PDF images, videos, and downloaded JPG files of the images which Plaintiff alleges constitute child sex abuse material or advise the Court of why they have been unable to do so.

ORDERED that the FBI is directed to remain in possession of the USB Drives and provide parties and parties' counsel and experts with the ability to access and review the content of the USB Drives pursuant to the terms of this protocol until further order of this Court.

ORDERED that the FBI will provide counsel for Plaintiff with information sufficient to identify and locate the USB Drives at the Hudson Valley Resident Agency which Plaintiff's counsel will promptly disclose to counsel for Defendant.

ORDERED that the FBI shall grant the parties and the parties' counsel and experts access to review the content of the USB Drives between the hours of 9:00 a.m. and 5:00 p.m. on business days. The access and inspection may take place in the Hudson Valley Resident Agency Lobby Interview Room.

ORDERED that the FBI shall be permitted to limit access to four hours per day and shall be further permitted to limit visitor access to no more than two people per visit.

ORDERED that the FBI shall provide visitors with a computer on which they may access and inspect the content and shall be permitted to prevent the parties and the parties' counsel and experts from bringing electronic devices into the room in which the content is being accessed and inspected.

ORDERED that three days prior to the visit, the visiting parties' counsel shall disclose to opposing counsel and the FBI via e-mail (daniel@veridianlegal.com for Plaintiff david@ilawco.com for Defendant, and erokitowski@fbi.gov and cayotnakparian@fbi.gov for the FBI) the identities of those they desire to bring to inspect the content stored on the USB Drives and the dates and times they seek to visit the FBI Hudson Valley Resident Agency. Should the other party or the FBI object to the witness visit, they shall alert the visiting party's counsel within two business days and move to exclude the witness or provide an alternative date and time within five business days of giving the other side notice of their objection.

ORDERED that no image or video may be copied, altered, edited, otherwise reproduced in any manner, or destroyed until further order of this Court. A representative of the FBI may remain with the expert during review to ensure enforcement of this protocol.

SO ORDERED:

Dated: White Plains, New York
9-18-2026

Judith C. McCarthy

JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE