UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUDREY BURNS

Plaintiff / Counterclaim-Defendant,

vs.

JAMES LIDESTRI,

Defendant / Counterclaimant.

Case No. 7:25-cv-07474-KMK-JCM

**DEFENDANT / COUNTERCLAIMANT'S RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION**

Defendant/Counterclaimant James Lidestri ("Defendant"), by and through his attorneys, Lewis & Lin, LLC, hereby responds and objects to Plaintiff/Counterclaim-Defendant Audrey Burns's ("Plaintiff") First Set of Requests for Admission (the "Requests") pursuant to Federal Rule of Civil Procedure 36.

## GENERAL OBJECTIONS

Defendant makes the following general objections to Plaintiff's First Set of Requests for Admission. These objections are incorporated into each response to the extent applicable. Defendant's specific responses are made subject to and without waiving these objections.

1. Defendant objects to the Requests to the extent they seek admissions concerning matters outside the proper scope of Federal Rule of Civil Procedure 36. Rule 36 is intended to narrow issues for trial, not to impose an oppressive substitute for interrogatories, document requests, or expert analysis.

2. Defendant objects to the Requests as excessive, cumulative, duplicative, oppressive, and disproportionate to the needs of the case to the extent Plaintiff served more than 600 Requests for Admission, many of which are repetitive exhibit-by-exhibit requests concerning

images, screenshots, thumbnails, purported sets, purported videos, authorship, source, location, age, publication, and website availability.

3. Defendant objects to the Requests to the extent they assume disputed facts, including but not limited to whether particular images, screenshots, thumbnails, sets, or videos are authentic, unaltered, complete, accurately labeled, accurately sourced, or were published on, made available through, or generated by any website owned or operated by Defendant.

4. Defendant objects to the Requests to the extent they ask Defendant to authenticate, identify, characterize, or make admissions concerning images, screenshots, thumbnails, or other materials served by Plaintiff without native files, metadata, source files, source URLs, chain-of-custody information, date information, file-path information, publication records, or other information sufficient to verify authenticity, source, date, location, authorship, publication, distribution, or legal characterization.

5. Defendant objects to the Requests to the extent they refer to or rely upon exhibits that were not served, do not exist in the materials served with Plaintiff's Requests, are mislabeled, are incomplete, are duplicative, or cannot be matched to the Request as stated.

6. Defendant objects to each Request to the extent it is compound, combining multiple discrete factual propositions in a single request, thereby preventing a simple admission or denial as contemplated by Rule 36.

7. Defendant objects to the Requests to the extent they refer to "videos" allegedly identified in the Requests where no video files were served as exhibits. Defendant's responses to such Requests are based only on the materials actually served, if any, and Defendant does not admit that any screenshot, thumbnail, still image, file name, title, or description is a true and correct copy of, or frame from, any underlying video.

8. Defendant objects to the definition of “Teen Starlet Websites” to the extent it includes “all other websites owned, operated, or controlled by Defendant that featured photographs or videos of minor or young adult female models,” because that definition is vague, overbroad, argumentative, and assumes disputed facts. Defendant will construe “Teen Starlet Websites” to refer only to specifically identified websites to the extent reasonably ascertainable from the Request.

9. Defendant objects to the definition of “Photographer” to the extent it assumes that any person who photographed or recorded Plaintiff did so at Defendant’s direction, on Defendant’s behalf, or in connection with any website owned or operated by Defendant. Defendant does not adopt those assumptions by responding.

10. Defendant objects to the Requests to the extent they are vague or ambiguous, including but not limited to use of undefined or imprecise terms such as “arranged,” “directed,” “made available,” “corresponding,” “Set,” “video,” “published,” “subscriber,” “young adult,” “featured,” “owned and/or operated,” and “Teen Starlet Websites.”

11. Defendant objects to the Requests to the extent they mischaracterize Defendant’s prior statements, declarations, discovery responses, documents, business operations, websites, or relationship with Plaintiff or any third party.

12. Defendant objects to the Requests to the extent they seek information protected by the attorney-client privilege, attorney work-product doctrine, common-interest privilege, or any other applicable privilege, protection, or immunity.

13. Defendant objects to Plaintiff’s Instruction No. 11 to the extent it purports to require a detailed narrative explanation or evidentiary basis for every denial beyond what Rule 36 requires. Defendant will answer each Request in accordance with Rule 36.

14. Defendant objects to Plaintiff's Instruction No. 12 to the extent it imposes obligations beyond Rule 36(a)(4). Where Defendant lacks sufficient knowledge or information to admit or deny a Request, Defendant will state that he has made a reasonable inquiry and that the information known or readily obtainable is insufficient to permit an admission or denial.

15. Any admission that an image, screenshot, thumbnail, or other material "appears" to depict Plaintiff is limited to the apparent identity of the person depicted in the material as served. Such admission is not an admission as to authenticity, source, date, location, metadata, alteration, authorship, publication, distribution, possession, ownership, website availability, or legal characterization.

16. The assertion of any objection herein is not intended to waive any other objection. The provision of a response subject to an objection is not intended to waive the objection stated. Defendant expressly reserves all objections and privileges not asserted herein.

17. Defendant reserves the right to amend, supplement, or correct these responses as discovery proceeds.

## **RESPONSES TO REQUESTS FOR ADMISSIONS**

1. Denied.

2. Denied.

3. Admitted in part. Defendant admits that he purchased the referenced domain name. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny the date of such purchase, and the information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

4. Admitted.

5. Denied.

6. Admitted.

7. Denied.

8. Admitted.

9. Admitted.

10. Admitted in part. Defendant admits that he purchased the referenced domain name. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny the date of such purchase, and the information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

11. Admitted.

12. Admitted in part and denied in part. Defendant admits that the company or business entity operating TeenStarlet.com received revenue from subscriber fees paid by members of TeenStarlet.com, and that Defendant was paid a portion of the company's earnings. Defendant denies the Request to the extent it asserts that subscriber fees were paid directly to Defendant personally or that Defendant personally received all revenue generated by TeenStarlet.com.

13. Admitted in part and denied in part. Defendant admits that he owned and operated the referenced websites Kelsey-Monroe.com, BrookeandBrandi.com, BrandiBlair.com, AlexArabella.com, ShayAdams.com, AmandaVerona.com, SofiNovak.com, DanniDawn.com, PetraPetacova.com, SheriBelle.com, MayaLayne.com, TeenKelsey.com, MelissaManzoni.com, and ChastityVal.com. Defendant further admits that he operated GeenaMullins.com and CaliSkye.com, but denies the Request to the extent it asserts that he owned those domain names or websites. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny whether he owned or operated MiaVesela.com or AylaRoss.com, and the

information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

14. Admitted in part and denied in part. Defendant admits that he operated TeenStarletEuro.com and TeenStarletLatinas.com. Defendant denies the Request to the extent it asserts that he owned TeenStarletEuro.com or TeenStarletLatinas.com.

15. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

16. Denied.

17. Admitted.

18. Admitted in part and denied in part. Defendant admits that he became acquainted with Plaintiff through Jim Bauer/Castle Rock Pictures and obtained a small number of photograph sets from Jim Bauer/Castle Rock Pictures. Defendant denies the Request to the extent it asserts that he directed or arranged Jim Bauer's photography of Plaintiff.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Admitted in part and denied in part. Defendant admits that he paid for Plaintiff and her mother to fly from Oklahoma to New York in or about April 2013. Defendant denies that the flights were business class.

30. Admitted.

31. Denied.

32. Denied.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Admitted in part. Defendant admits that Plaintiff was photographed and/or videotaped at his home in Hopewell Junction during the April 2013 trip. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny whether the specific images or video referenced by Plaintiff were taken in a bedroom, and the information known or readily obtainable is insufficient to permit an admission or denial.

42. Admitted.

43. Admitted in part. Defendant admits that, during the April 2013 trip, Defendant, Plaintiff, and Plaintiff's mother selected the first name "Kris," and Defendant selected the last name "Karson."

44. Admitted. Defendant further states that there were multiple photoshoots involving Plaintiff in Florida when Plaintiff was seventeen years old.

45. Admitted in part. Defendant admits that David Petrie was present at one or more of the Florida photoshoots involving Plaintiff. Defendant denies the Request to the extent it implies there was only one Florida photoshoot.

46. Admitted in part. Defendant admits that Amanda Zimmerman was present at one or more of the Florida photoshoots involving Plaintiff. Defendant denies the Request to the extent it implies there was only one Florida photoshoot.

47. Denied.

48. Denied.

49. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

50. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

51. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

52. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

53. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

54. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

55. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has

been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

56. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

57. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

58. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

59. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

60. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

61. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

62. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

63. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

64. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has

been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

65. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

66. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

67. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

68. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

69. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

70. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

71. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

72. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

73. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has

been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

74. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

75. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

76. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

77. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

78. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

79. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

80. No Request stated.

81. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

82. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

83. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an

admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

84. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

85. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

86. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

87. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

88. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

89. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

90. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

91. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

92. Defendant objects to this Request because no Exhibit RR-1 exists in the exhibits served with Plaintiff's Requests for Admission. Defendant therefore cannot admit or deny the Request as stated.

93. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

94. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

95. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

96. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

97. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has

been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

98. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

99. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

100. Defendant objects to this Request because no Exhibit ZZ-1 exists in the exhibits served with Plaintiff's Requests for Admission. Defendant therefore cannot admit or deny the Request as stated.

101. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

102. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has

been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

103. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

104. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

105. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

106. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

107. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

108. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

109. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

110. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

111. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has

been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

112. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

113. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

114. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

115. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

116. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

117. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

118. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

119. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

120. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has

been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

121. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

122. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

123. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

124. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

125. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

126. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

127. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

128. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

129. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has

been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

130. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

131. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

132. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

133. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

134. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

135. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

136. Admitted that the image appears to depict Plaintiff. Defendant's admission is limited to the apparent identity of the person depicted in the image as served and is not an admission as to the image's authenticity, source, date, location, metadata, whether the image has been altered, who created the image, or whether the image was published, distributed, or possessed by Defendant.

137. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

138. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

139. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

140. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

141. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

142. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

143. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

144. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

145. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

146. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

147. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

148. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

149. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

150. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

151. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

152. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

153. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

154. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

155. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

156. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

157. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

158. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

159. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

160. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

161. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

162. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

163. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

164. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

165. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

166. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

167. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

168. No request stated.

169. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

170. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

171. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

172. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

173. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

174. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

175. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

176. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

177. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

178. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

179. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

180. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

181. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

182. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

183. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

184. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

185. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

186. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

187. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

188. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

189. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

190. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

191. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

192. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

193. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

194. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

195. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

196. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

197. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

198. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

199. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

200. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

201. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

202. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

203. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

204. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

205. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

206. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

207. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

208. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

209. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

210. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

211. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

212. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

213. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

214. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

215. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

216. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

217. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

218. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

219. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

220. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

221. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

222. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

223. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

224. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

225. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

226. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

227. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

228. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

229. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

230. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

231. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

232. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

233. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

234. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

235. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

236. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

237. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

238. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

239. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

240. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

241. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

242. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

243. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

244. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

245. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

246. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

247. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

248. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

249. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

250. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

251. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

252. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

253. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

254. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

255. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

256. No Request stated.

257. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

258. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

259. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

260. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

261. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

262. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

263. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

264. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

265. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

266. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

267. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

268. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

269. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

270. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

271. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

272. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

273. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

274. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

275. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

276. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

277. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

278. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

279. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

280. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

281. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

282. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

283. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

284. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

285. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

286. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

287. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

288. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

289. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

290. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

291. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

292. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

293. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

294. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

295. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

296. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

297. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

298. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

299. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

300. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

301. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

302. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

303. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

304. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

305. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

306. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

307. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

308. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

309. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

310. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

311. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

312. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

313. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

314. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

315. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

316. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

317. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

318. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

319. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

320. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

321. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

322. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

323. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

324. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

325. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

326. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

327. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

328. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

329. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

330. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

331. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

332. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

333. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

334. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

335. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

336. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

337. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

338. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

339. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

340. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

341. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

342. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

343. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

344. Defendant objects to this Request because no Exhibit FF-2 exists in the exhibits served with Plaintiff's Requests for Admission. Defendant therefore cannot admit or deny the Request as stated.

345. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

346. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

347. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

348. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

349. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

350. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

351. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

352. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

353. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

354. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

355. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

356. Defendant objects to this Request because no Exhibit RR-2 exists in the exhibits served with Plaintiff's Requests for Admission. Defendant therefore cannot admit or deny the Request as stated.

357. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

358. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

359. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

360. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

361. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

362. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

363. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

364. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

365. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

366. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

367. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

368. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

369. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

370. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

371. Defendant objects to this Request because no Exhibit ZZ-2 exists in the exhibits served with Plaintiff's Requests for Admission. Defendant therefore cannot admit or deny the Request as stated.

372. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

373. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

374. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

375. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

376. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

377. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

378. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

379. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

380. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

381. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

382. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

383. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

384. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

385. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

386. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

387. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

388. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

389. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

390. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

391. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

392. Defendant objects to this Request because no Exhibit BBBB-2 exists in the exhibits served with Plaintiff’s Requests for Admission. Defendant therefore cannot admit or deny the Request as stated.

393. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

394. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

395. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

396. Denied. Defendant denies that any sexual assault occurred.

397. Denied. Defendant denies that any sexual assault occurred.

398. Denied. Defendant denies that any sexual assault occurred.

399. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

400. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

401. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

402. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

403. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

404. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

405. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

406. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

407. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

408. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

409. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

410. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

411. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

412. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

413. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

414. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

415. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

416. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

417. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

418. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

419. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

420. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

421. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

422. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

423. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

424. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

425. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

426. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

427. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

428. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

429. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

430. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

431. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

432. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

433. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

434. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

435. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

436. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

437. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

438. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

439. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

440. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

441. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

442. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

443. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

444. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

445. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

446. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

447. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

448. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

449. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

450. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

451. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

452. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

453. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

454. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

455. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

456. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

457. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

458. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

459. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

460. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

461. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

462. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

463. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

464. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

465. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

466. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

467. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

468. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

469. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

470. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

471. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

472. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

473. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

474. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

475. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

476. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

477. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

478. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

479. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

480. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

481. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

482. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

483. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

484. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

485. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

486. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

487. Admitted in part. Defendant admits that the images attached to Plaintiff's Requests for Admission, to the extent actually served, appear on their face to bear a logo or watermark associated with one or more Teen Starlet Websites. Defendant's admission is limited to the appearance of the images as served. Defendant denies the Request to the extent it seeks an admission that Defendant affixed the logo or watermark to each image, that each image is authentic or unaltered, or that each image was actually published on or existed on any website owned or operated by Defendant.

488. Denied.

489. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

490. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

491. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

492. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

493. Admitted in part. Defendant admits that he received photographs and/or videos of Plaintiff from one or more photographers by electronic transmission, including by email or internet-based file transfer. Defendant denies the Request to the extent it implies that all such transmissions were made by photographers acting at Defendant's direction or on Defendant's behalf, or that Defendant received every photograph or video of Plaintiff referenced in Plaintiff's Requests for Admission.

494. Admitted in part. Defendant admits that Plaintiff provided self-taken photographs of herself to be included on the website while Plaintiff was a minor. Defendant denies the Request to the extent it implies that all such photographs were transmitted directly from Plaintiff's cellphone or that Defendant presently recalls the specific device or method of transmission for each such photograph.

495. Admitted in part and denied in part. Defendant admits that certain photographs and/or videos of Plaintiff posted on the Teen Starlet Websites depicted Plaintiff wearing bikinis, including g-string bikinis. Defendant denies that any photographs or videos of Plaintiff posted while Plaintiff was a minor depicted Plaintiff topless, nude, or with intimate areas exposed. To the extent the Request refers to any such content, Defendant states that any such content would have been created and/or posted only after Plaintiff turned eighteen years old. Defendant denies the Request to the extent it implies that any such content depicted Plaintiff while she was a minor or was unlawful.

496. Admitted in part and denied in part. Defendant admits that certain "behind the scenes" videos of Plaintiff were posted on the Teen Starlet Websites. Defendant denies that any such videos posted while Plaintiff was under eighteen depicted nudity or exposed intimate areas. To the extent the Request refers to any such content, Defendant states that any such content

would have been created and/or posted only after Plaintiff turned eighteen. Defendant denies the Request to the extent it implies that any such content depicted Plaintiff while she was under eighteen or was unlawful.

497. Denied.

498. Denied. Defendant denies that he knew Plaintiff's date of birth at the time he first began communicating with her. Defendant states that he first became acquainted with Plaintiff in or around December 2012 or the first months of 2013, when he understood Plaintiff to be approximately sixteen and a half years old.

499. Admitted in part and denied in part. Defendant admits that he understood Plaintiff was under the age of eighteen when he first became acquainted with her through Jim Bauer/Castle Rock Pictures, and that Plaintiff was approximately sixteen years old at that time. Defendant denies the Request to the extent it asserts that he arranged Jim Bauer's photography of Plaintiff.

500. Admitted that Defendant knew Plaintiff was under the age of eighteen at the time Defendant photographed and/or videotaped her at his home in Hopewell Junction, New York in April 2013. Defendant denies the Request to the extent it implies that all photographs or videos of Plaintiff taken at Defendant's home were taken while Plaintiff was under eighteen.

501. Admitted in part. Defendant admits that, at the time certain photographs and/or videos of Plaintiff were uploaded to the Teen Starlet Websites, Defendant understood Plaintiff to be under the age of eighteen. Defendant denies the Request to the extent it implies that all photographs and/or videos of Plaintiff uploaded to the Teen Starlet Websites were uploaded while Plaintiff was under the age of eighteen.

502. Denied. Defendant did not know Plaintiff before approximately December 2012, when Plaintiff was approximately sixteen and a half years old. Defendant therefore denies that he told Plaintiff she could not be photographed by him in New York until she was fifteen and a half years old.

503. Denied. Defendant did not know Plaintiff before approximately December 2012, when Plaintiff was approximately sixteen and a half years old. Defendant therefore denies that he told Plaintiff that photographs of her could not be released until she was sixteen.

504. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

505. Admitted.

506. Admitted.

507. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

508. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

509. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

510. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

511. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

512. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

513. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

514. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

515. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

516. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

517. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

518. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

519. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

520. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

521. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

522. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

523. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

524. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

525. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

526. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

527. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

528. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

529. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

530. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

531. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

532. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

533. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

534. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

535. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

536. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

537. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

538. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

539. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

540. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

541. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

542. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

543. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

544. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

545. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

546. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

547. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

548. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

549. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

550. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

551. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

552. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

553. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

554. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

555. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

556. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

557. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

558. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

559. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

560. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

561. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

562. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

563. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

564. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

565. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

566. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

567. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

568. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

569. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

570. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

571. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

572. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

573. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

574. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

575. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

576. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

577. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

578. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

579. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

580. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

581. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

582. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

583. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

584. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

585. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

586. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

587. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

588. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

589. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

590. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

591. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

592. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

593. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

594. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

595. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

596. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

597. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

598. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

599. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

600. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

601. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

602. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

603. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

604. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

605. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

606. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

607. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

608. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

609. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

610. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

611. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

612. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

613. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

614. After reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny this Request. The information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

615. Defendant objects to this Request because no videos were served as exhibits to Plaintiff's Requests for Admission. Defendant therefore cannot admit or deny the Request as

stated. Subject to and without waiving that objection, to the extent the Request refers to screenshots, thumbnails, or still images rather than actual videos, Defendant admits only that certain materials served with Plaintiff's Requests appear on their face to bear a logo or watermark associated with one or more Teen Starlet Websites. Defendant denies the Request to the extent it seeks an admission that any video was served, that Defendant affixed any logo or watermark, that any video is authentic or unaltered, that any video was published on or existed on any website owned or operated by Defendant.

616. Defendant objects to this Request because no videos were served as exhibits to Plaintiff's Requests for Admission. Defendant therefore cannot admit or deny the Request as stated. Subject to and without waiving that objection, denied. Defendant denies that each of the materials identified in Part X depicts Plaintiff when she was under the age of eighteen. To the extent the Request refers to screenshots, thumbnails, or still images rather than actual videos, Defendant states that certain materials appear to depict Plaintiff after she turned eighteen.

617. Defendant objects to this Request because no videos were served as exhibits to Plaintiff's Requests for Admission, and Defendant therefore cannot determine whether the Request refers to actual videos, screenshots, thumbnails, or other materials. Subject to and without waiving that objection, after reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny, and the information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

618. Defendant objects to this Request because no videos were served as exhibits to Plaintiff's Requests for Admission, and Defendant therefore cannot determine whether the Request refers to actual videos, screenshots, thumbnails, or other materials. Subject to and without waiving that objection, after reasonable inquiry, Defendant lacks knowledge or

information sufficient to admit or deny, and the information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

619. Defendant objects to this Request because no videos were served as exhibits to Plaintiff's Requests for Admission, and Defendant therefore cannot determine whether the Request refers to actual videos, screenshots, thumbnails, or other materials. Subject to and without waiving that objection, after reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny, and the information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

620. Defendant objects to this Request because no videos were served as exhibits to Plaintiff's Requests for Admission, and Defendant therefore cannot determine whether the Request refers to actual videos, screenshots, thumbnails, or other materials. Subject to and without waiving that objection, after reasonable inquiry, Defendant lacks knowledge or information sufficient to admit or deny, and the information known or readily obtainable by Defendant is insufficient to permit an admission or denial.

621. Defendant objects to this Request because it is incomplete, vague, ambiguous, and unintelligible as served. The Request appears to end mid-sentence and does not state a complete proposition that Defendant can admit or deny. Defendant further objects because no videos were served as exhibits to Plaintiff's Requests for Admission, and Defendant therefore cannot determine whether the Request refers to actual videos, screenshots, thumbnails, or other materials. Subject to and without waiving these objections, Defendant cannot admit or deny the Request as stated.

Dated: May 11, 2026
Brooklyn, New York

Respectfully Submitted:

**LEWIS & LIN, LLC**

By: */s/ David D. Lin.*

David D. Lin, Esq.
77 Sands Street, 6th Floor
Brooklyn, New York, 11201
Tel: (718) 243-9323
Fax (718) 243-9326
David@iLawco.com
*Attorneys for Defendant/Counterclaimant*

**Verification**

I, James Lidestri, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I have read the foregoing Responses and that the responses are true and correct to the best of my knowledge, information, and belief.

Executed on: May 11, 2026

By: */s/ James Lidestri*
James Lidestri