VERIDIAN LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

October 14, 2026

**Via ECF**
Hon. Judith C. McCarthy
United States Magistrate Judge
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, New York 10601-4150

***Re: Audrey Burns v. James Lidestri***
***United States District Court, Southern District of New York***
***Civ No. 25-cv-07474-KMK***

Dear Judge McCarthy:

Please accept this letter sent pursuant to Your Honor's October 7, 2026 Order directing Plaintiff to certify whether she has received any other records from the five non-party subpoenas that she has not forwarded.

As previously relayed to Defendant's counsel, Plaintiff has not received responsive documents from Akamai Technologies, the Morganelli Group, or Western Union, all of whom have indicated they do not possess responsive documents. Plaintiff's counsel sent the Wells Fargo production to Defendant's counsel. Plaintiff's counsel has not yet received any responsive records from American Express.

Respectfully submitted,

VERIDIAN LEGAL P.C.

CM

By: Cali P. Madia, Esq.
***cali@veridianlegal.com***