LEWIS & LIN LLC
77 SANDS STREET, 6TH FLOOR
BROOKLYN, NY 11201
TEL: (718) 243-9323 FAX: (718) 243-9326
WWW.ILAWCO.COM

Michael D. Cilento, Esq. | Michael@iLawco.com | 347-404-5844

*VIA ELECTRONIC FILING SYSTEM*

October 16, 2026

Hon. Judith C. McCarthy
United States Magistrate Judge
Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

**Re:** ***Burns v. Lidestri*, No. 7:25-cv-07474-KMK-JCM**
**Letter-Motion to Adjourn the October 16, 2026 Status Conference (Dkt. No. 74) or, Alternatively, to Proceed by Telephone or Video**

Dear Judge McCarthy:

We represent Defendant and Counterclaimant James Lidestri. Pursuant to Paragraph 1 of the Court's Individual Practices, Defendant respectfully requests that the status conference scheduled for today, October 16, 2026, at 12:00 p.m. be adjourned or, alternatively, that it proceed by telephone or video.

The Court's October 9, 2026 Order directed the parties to meet and confer on the remaining disputes concerning Plaintiff's non-party subpoenas to Signature Payments, First Data Merchant Services, and American Express, and provided that "[i]f they cannot reach agreement, the Court will address the remaining issues at a Status Conference scheduled for October 16, 2026, at 12:00 p.m." Dkt. No. 74. Yesterday, the parties reached agreement on the remaining revisions to those subpoenas.

After the parties reached agreement, Defendant advised Plaintiff's counsel that the parties should let the Court know. Plaintiff's counsel declined, stating that, notwithstanding the agreement on the subpoenas, there are other issues to address and the status conference should go forward. Defendant invited Plaintiff's counsel to join a call to chambers; Plaintiff's counsel objected to the call. In accordance with the Court's Individual Practices, counsel for Defendant will call the Courtroom Deputy at 9:00 a.m. to alert the Court to this letter.

To the extent the conference has not been cancelled in light of the parties' agreement, Defendant respectfully requests that it be adjourned. If the Court wishes to proceed today, Defendant respectfully requests that the conference be held by telephone or video. This is the first request to adjourn or modify the conference. Plaintiff does not consent to an adjournment and has stated that Defendant may request that the conference proceed remotely.

We thank the Court for its consideration.

Respectfully submitted,

*Michael Cilento*

Michael D. Cilento, Esq.