VERIDIAN
LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

October 16, 2026

**Via ECF**
Hon. Judith C. McCarthy
United States District Judge
Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

***Re: Audrey Burns v. James Lidestri***
***United States District Court, Southern District of New York***
***Civ No. 25-cv-07474-KMK***

Dear Judge McCarthy:

To summarize the distortion of emails exchanged between approximately 7:55 and 8:31 this morning as I was taking my daughter to school, the parties have resolved the merchant subpoena issues. Plaintiff does not consent to adjournment of today's status conference but is amenable to a virtual conference should the Court prefer. We remain able to appear in person at the scheduled time. Defendant's counsel has indicated that he intends to call chambers at 9:00 a.m. and I have asked to be included on the call.

Plaintiff's reason for not consenting to the adjournment of the status conference is that another issue remains outstanding. As the Court is aware, Plaintiff has filed a letter motion seeking leave to serve the subpoena on Internet Archive and Defendant has responded. Accordingly, Plaintiff requests that the status conference proceed as scheduled – virtually or in person – so this matter can be addressed.

Thank you.

Respectfully submitted,
/s/ *Cali P. Madia*
By: Cali P. Madia, Esq.