1099 PAYMENT SUMMARY

# Summary of Payments to Audrey Burns

**Payer: BFC Enterprises, LLC**

| Year | Amount |
|---|---:|
| 2013 | $9,505 |
| 2014 | $16,200 |
| 2015 | $3,000 |
| **Total** | **$28,705** |